# IN THE UNITED STATES DISTRICT COURT OF THE
# SOUTHERN DISTRICT OF FLORIDA - Civil Division

400 North Miami Avenue, 8th floor, Miami, FL 33128, Ph: 305-523-5100

## Complaint for Damages for Violations of Civil Rights

Valentin Spataru

Plaintiff

v.

Rick Ramsay, et al.

Defendants

12

08/11/19

FILED BY_____D.C.

AUG 12 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Valentin Spataru, pro se

c/o CILK - Center for Independent Living

103400 Overseas Hwy. #243, Key Largo, FL 33037

Mobile cell phone: 305 615 0061, Emails: valespa@outlook.com,
valentin.spataru.macc.cpa@gmail.com

**Table of Contents**

INTRODUCTION................................................................................................3

JURISDICTION AND VENUE...........................................................................5

PARTIES..............................................................................................................5

STATUTORY AND REGULATORY BACKGROUND .....................................7

FACTS................................................................................................................11

INJURIES...........................................................................................................25

My prior actions in Florida Courts were .........................................................33

VIOLATIONS....................................................................................................34

121.I. My abusive accusation, torture, and abusive trial in 2015 were in conflict with the U.S. Constitution..................................................................................................34

122.1. Even if one committed a crime, which I did not, the U.S. Constitution Amend. VIII prohibits one's cruel and unusual punishment...................................................................34

124.2. U.S. Const. Amend. V guarantees the right to due process......................................35

127.3. U.S. Const. Amend. XIV, sec. 1 requires due process of law to deprive any person of liberty35

128.4. U.S. Const. Amend. VI gives the accused the right to trial by an impartial jury, and to the assistance of Counsel.......................................................................................35

130.5. U.S. Const. Amend. I guarantees the freedom of speech........................................36

132.6. U.S. Const. Amend. VI gives the accused the right to confrontation with the witnesses .......36

134.7. U.S. Const. Amend. IV prohibits unreasonable seizures.........................................36

136.II. My abusive accusation, torture, and abusive trial in 2015 were in conflict with more Statutes37

143.III. My abusive accusation, torture, and abusive trial in 2015 were in conflict with the decisions of the Courts..................................................................................................39

146.IV. Most of CO Ch. 26, Art. IV. was and is not lawful because ..................................40

151.VIOLATION OF TITLE II OF THE ADA
(42 U.S.C. §§ 12131-12134; 28 C.F.R Part 35).......................................................41

159.VIOLATION OF SECTION 504 OF THE REHABILITATION ACT
(29 U.S.C. § 794; 28 C.F.R. Part 42)...................................................................42

VIOLATION OF  42 U.S.C. § 1983 and § 1985............................................................43

PRAYER FOR RELIEF.....................................................................................43

185.Please order the Legal System to offer professional, independent, legal help to the disabled victims in civil cases, with no compulsory immediate payment, to sue and punish the wrongdoers after due legal process; the wrongdoers should pay also for the legal system's help to the victims.................44

Certification and Closing................................................................................45

Certificate/Proof of Service............................................................................45

ENCLOSURES.................................................................................................47

I. Regarding the ...........................................................................................47

II. ...............................................................................................................47

III. ..............................................................................................................47

IV. ..............................................................................................................48

V. ...............................................................................................................48

Post Scriptum.............................................................................................48

Honorable Court,

Plaintiff alleges the following:

## **INTRODUCTION**

1.  I would like to write more and review my Petition again but I have no more time. Most probably, due to my legal actions in Courts, on July 14, 2019, two persons hit without cause my head again and my face, and caused me more pain, headaches and nausea, and new open facial wounds. The CT of my head/brain was done by Mount Sinai Medical Center due to visible head trauma and the report writes,

> HOWEVER EARLY ISCHEMIA OR SMALL REGIONS OF ISCHEMIA MAY NOT BE VISIBLE BY INITIAL CT IMAGING WITHIN THE FIRST 24-48HRS AND A FOLLOWUP MRI COULD BE OBTAINED IF CLINICALLY INDICATED

-see https://1drv.ms/b/s!AoQWyvOQcbRYgulFGfOuLcfmmYMghA. I am still recovering from the new injuries, thus I am even slower mentally; please accept my Petition as it is and let me know your questions.

2. Please approve trial by jury and chose independent Judge and Jurors.

3. Plaintiff will be referred to as "Plaintiff", or "I" as I, the Plaintiff myself, will have written this. Defendant Rick Ramsay, in his Official Capacity as Sheriff of Monroe County, and his Individual and Personal Capacity, Appellee or Defendant below, and his attorneys will be referred to as "RR". All of the appellees collectively shall be referred to as the appellees. Other terms will be defined as they appear. I use bold letters to ease the reading.

4. Respectfully, I ask the Court to accept my motions, forms, pleadings, and other communications as they are or assist me in correcting them. Indeed, due to the mental injuries that in part, at least 20%, the

<u>VALENTIN SPATARU vs R. RAMSAY … – page 4 of 82</u>

Defendants caused or aggravated, such as depression, anxiety, headaches, memory problems, lack of concentration and attention, and other undiscovered yet issues, I am not able anymore to read and memorize all the rules of procedures promptly and completely. Furthermore, I have no money to hire lawyers for my case because my injuries stop me from keeping a job that would provide income for me to pay the lawyers' fees. In addition, I can not find an attorney to help me with this case on a contingency basis due to the many work-hours needed compared to the low income potential for an attorney.

5. Please allow me to file all my future documents by using the Court's electronic system to save valuable resources by not printing and mailing. Please send all your communications to me by email, too.

6. For proper justice and civilization and for the progress of our country, urgently, please create or ask the legislators to create a new Public Office with a name such as "Public Civil Attorney Assistance for Mentally Unfit Persons", that must offer - free or for credit or loan given from the public budget - professional, independent legal help in civil cases to me and other persons in similar situations, who do not have anymore the necessary mental capacities promptly and completely to study, understand and memorize the Laws and Courts' Procedures to represent themselves to prove their complaints on time.

7. From approximately 2003 to the present, Monroe County, FL, has acted under color of state or local law, and has failed to provide proper housing and health care for a person with disabilities, which injured me and made me vulnerable to more abuses by others.

8. Hampton Inn employees Paul Thomas, Chavone Wilson, and J. Agent, committed criminal "swatting" by lying to LEEs, which injured me severely and permanently.

9. The Monroe County Sheriff's Deputies acted under color of state or local law, and "considered" my swimming which was therapeutic, as illegal lobstering and committed wrong and injuring arrest and detention starting on 8/11/15 in Key Largo, FL, USA. They did not provide proper investigations and conditions/services, which injured me severely and permanently.

10. Judges Ptomey and Garcia of the Court of Monroe County (CMC), FL, and CMC acted under color of state or local law, and did not provide proper Judicial services, which injured me.

## **JURISDICTION AND VENUE**

11. The claims alleged herein arise pursuant to 42 U.S.C. § 1983, the First to Fourteenth Amendments

to the United States Constitution, the Americans with Disabilities Act (ADA), 42 U.S.C. §12101 et seq., and Section 504 of the Rehabilitation Act, 29 U.S.C. § 794.

12. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331, 1345, because it involves claims arising under federal law. See 42 U.S.C. § 12133. The Court may grant the relief sought in this action pursuant to 28 U.S.C. §§ 2201-02.

13. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391 because a substantial portion of the events or omissions giving rise to this cause of action took place within this district, and because most Defendants are located in South Florida.

**PARTIES**

14. **Plaintiff** is a private person. Plaintiff has the following mailing address: c/o CILK - Center for Independent Living, 103400 Overseas Hwy. #243, Key Largo, FL 33037; Mobile cell phone: 305-615-0061, Emails: valespa@outlook.com, valentin.spataru.macc.cpa@gmail.com.

15. To compensate me for their injuring, abusive actions or omissions, and to correct their services, Plaintiff files this action against the following **Defendants:**

16. Rick Ramsay (RR), in his Official Capacity as Sheriff of Monroe County, in his Private Capacity, and in all his other Capacities; he is represented by Gregory J. Jolly at Purdy, Jolly, Giuffreda & Barranco, P.A., Attorneys, 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, Florida 33304, Telephone (954) 462-3200, Telecopier (954) 462-3861, E-mail: greg@purdylaw.com; he is liable for not providing proper Law Enforcement (LE) services, including investigations, and jail conditions/services; he acted under color of state or local law and injured me;

17. The Sheriff Department of Monroe County (SDMC), FL, for not providing proper LE, including investigations, and jail conditions/services;

18. Deputy Cody Kern (DK) and Deputy Madnick (DM) of the Sheriff Department of Monroe County, Key Largo, FL, in their private capacities and their official business capacities, for not providing proper Law Enforcement services, including investigations; they acted under color of state or local law and injured me;

19. Other Sheriff Deputies of SDMC, whose names I do not know, thus I call them John Jail 1-6, or John Deputy 1-6, in their private capacities and their official business capacities, for not providing proper Law Enforcement services; they acted under color of state or local law and injured me;

20. Judge Ptomey of the Court of Monroe County (CMC), FL, in his private capacity and his official business capacity, for not providing proper Judicial services; he acted under color of state or local law and injured me;

21. CMC, for not providing proper Judicial services;

22. Judge Garcia of the Court of Monroe County (CMC), FL, in his private capacity and his official business capacity, for not providing proper Judicial services; he acted under color of state or local law and injured me;

23. The legislators, J. Legislator 1-?, who voted laws which were against the U.S. Constitution, for example, voted against the provision of the services of the Public Defender free of charge as US Constitution requires; they are liable for not providing proper laws for proper Judicial services, Law Enforcement services, and other services; they acted under color of state or local law and injured me;

24. Florida Department of Financial Services (FDFS), Division of Risk Management, Kelly Hagenbeck, Administrator, South Tort Claims Unit, kelly.hagenbeck@myfloridacfo.com, 200 E. Gaines Street, Tallahassee, Florida 32399-0338; ph. (850) 413-3122; FDFS monitors the activities of SDMC and Monroe County; FDFS is liable for not providing proper LE, Judicial, and social services;

25. Monroe County (MC); County Administrator, Roman Gastesi, gastesi-roman@monroecounty-fl.gov; Bob Shillinger, County Attorney, Shillinger-Bob@monroecounty-fl.gov, 1111 12th St. Suite 408, Key West, FL 33040, Ph: (305) 292-3470, Fx: (305) 292-3516; https://www.monroecounty-fl.gov/673/County-Administrator writes "**The County Administrator does not oversee functions handled by Monroe County's five elected Constitutional Officers. The Constitutional Officers are Clerk of Courts, Sheriff's Office,** Tax Collector, Property Appraiser, and Supervisor of Elections. **The following departments fall under the direct supervision of the County Administrator: [...] Social Services**"; MC is liable for not providing proper social services;

26. Mayor/Commissioner Sylvia Murphy, City of Key Largo, 102050 O/S Highway, Suite 234, Key Largo, FL 33037; Phone: (305) 453-8787, boccdis5@monroecounty-fl.gov, in her private capacity and her official business capacity, for not providing proper Social Services; she acted under color of state or local law and injured me;

27. Mayor/Commissioner Office, City of Key Largo, 102050 O/S Highway, Suite 234, Key Largo, FL 33037; Phone: (305) 453-8787, boccdis5@monroecounty-fl.gov, for not providing proper Social Services;

28. Each previous defendant did not enforce many laws, including Title II of the Americans with Disabilities Act of 1990, as amended ("Title II" and "ADA"), 42 U.S.C. §§ 12131-12134; Section 504 of the Rehabilitation Act of 1973 ("Section 504"), 29 U.S.C. § 794; and their implementing regulations, 28 C.F.R Parts 35 and 42. Please order them to enforce the laws;

29. FDFS, Monroe County, Mayor/Commissioner Office, the Sheriff Department of Monroe County (SDMC), and CMC are public entities under 42 U.S.C. § 12131(1), and thus are subject to Title II of the ADA, 42 U.S.C. §§ 12131-12134, and the implementing regulation, 28 C.F.R. Part 35; they receive federal funding, thus are subject to Section 504, 29 U.S.C. § 794, and the implementing regulation, 28 C.F.R. Part 42.

30. Each previous defendant **acted under color of state or local law**;

31. Additional defendants are:

32. Hampton Inn […] (HI), 102400 O/S Highway, Key Largo, FL 33037, franchise of Hilton Worldwide […] whose Registered Agent Name & Address are Corporation Service Company, 1201 Hays Street, Tallahassee, Fl 32301; Hampton Inn's employees, Paul Thomas, Chavone Wilson, and unknown front desk agent, let's call the individual J. Agent, committed criminal "swatting" by lying to LEEs. See another case against employees of Hampton Inn at https://wnyt.com/wnytimages/repository/cs/files/Hampton-Lawsuit.pdf.

33. Employees of Hampton Inn, individuals Paul Thomas, Chavone Wilson, and unknown front desk agent, J. Agent, who committed criminal "swatting" by lying to LEEs.

## STATUTORY AND REGULATORY BACKGROUND

34. Even if one committed a crime, which I did not, the U.S. Const. Amend. VIII prohibits one's cruel and unusual punishment.

35. U.S. Const. Amend. VI: In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

36. U.S. Const. Amend. XIV, sec. 1: All persons born or naturalized in the United States and subject to

the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

37. U.S. Const. Amend. IV: It guarantees "The right of the people to be secure in their persons", prohibits unreasonable seizures.

38. U.S. Const. Amend. V: It guarantees the right to due process, prohibits self-incrimination.

39. U.S. Const. Amend. I guarantees the freedom of speech, including my right to comment about and ask others to help me sue FL DOT for lack of proper bike route signs, even if it antagonized the honest or corrupt decision-makers of the Florida's governments; about probable corruption due to which many streets did not have a proper bike route sign, and there were no proper community services such as 1. victims funds, and 2. free or on credit recovery hospital/nursing home/hotel, and health and legal care for injured persons. We need to be free to comment about potential criminals who infiltrated our country's public or private organizations and governments.

40. §1983 of 42 U.S.C., Reconstruction Civil Rights Act: "Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress."

41. In case that 42 U.S.C. § 1985 applies here (if we prove it was a conspiracy which involved WM, MD Police, LEEs, MD County, JHs, Doctors, and others), I notify you that I was born in Romania (member of EU), outside the USA (but how many Americans know that Romania is part of NATO like USA?), thus I am part of a different ethnic and racial group from the Defendants, which make me an easier target of corruption or malice, as "Essential to the claim, however, is that the conspiracy be motivated by racial animus." *Word of FaithWorld Outreach Ctr. Church v. Sawyer*, 90 F.3d 118, 124 (5th Cir. 1996)

42. 42 U.S.C. § 2000d,  et seq. prohibits discrimination on ground of race, color, or national origin. I was born outside the USA (I became a citizen of the USA by naturalization in 2002), thus Respondents considered me a helpless "alien", and discriminated against me based on my national origin, and

injured me. Moreover, the United Nations' Universal Declaration of Human Rights Article 1. requests all to "act towards one another in a spirit of brotherhood."

43. 34 C.F.R. Part 104.4 prohibits discrimination against people with disabilities, and I had disabilities from past "accidents" at the time Respondents tortured me, which increased the harm of the injuries they caused me. Therefore, Respondents discriminated against a person with disabilities.

44. Moreover, **U.S. Const. Amend. IX** protects rights not enumerated in the Constitution; **42 U.S.C. § 1985** renders conspiracies civilly actionable; **34 U.S.C. § 12601** punishes misconduct of law enforcement (civil enforcement), **18 U.S.C. §§ 241, 242** punishes misconduct of law enforcement (criminal enforcement) -it is a crime for one or more persons acting under color of law willfully to deprive or conspire to deprive another person of any right protected by the Constitution or laws of the United States.

45. State of Florida's Constitution, Article X, Section 11 states "The title to lands under navigable waters, within the boundaries of the state, which have not been alienated, including beaches below mean high water lines [MHWL], is held by the state, by virtue of its sovereignty, in trust for all the people. Sale of such lands may be authorized by law, but only when in the public interest. Private use of portions of such lands may be authorized by law, but only when not contrary to the public interest." Art. X, § 11, Fla. Const..

46. Monroe County (Mo. Co.), FL, Code of Ordinances (CO), Ch. 26, Art. IV.- DIVING AND SNORKELING PROHIBITED DURING LOBSTER MINI-SEASON, Sec. 26-98 - Diving and snorkeling prohibited (Sec. 26-98) states

47. "(a)   It is a public nuisance and is unlawful for any person to dive or snorkel in any manmade water body or marina, or within 300 feet of an improved residential or commercial shoreline beginning three days prior to the opening of and during the entirety of the lobster mini-season and for the first five days of commercial lobster season[1].

---

1. *Commercial lobster season* means the period of time designated for harvesting of lobster, currently from **August 6 through March 31** of the following year, authorized by the Marine Fisheries Department of the Florida Fish and Wildlife Conservation Commission pursuant to Section 68B-24.005, Florida Administrative Code, as amended from time to time. http://myfwc.com/fishing/saltwater/commercial/spiny-lobster/

48. (b) Nothing in this article shall prohibit diving incidental to vessel or dock maintenance, provided the diver performing the maintenance lawfully displays a diver down flag and otherwise complies with the requirements of F.S. ch. 327, or diving and snorkeling in front of his or her property to the center line of the canal or 100 feet of open water."

https://library.municode.com/fl/monroe_county/codes/code_of_ordinances?
nodeId=CH26WA_ARTIVDISNPRDULOMIAS_S26-98DISNPR.

49. CO Sec. 26-96. - Intent and purpose: "The intent and purpose of this article is to protect and promote public health, safety and welfare and abate the destruction of property, deleterious environmental effects, and criminal trespass that results from the close proximity of divers to public and private property, as well as from the interactions and explorations by divers of docks, piers, and bulkheads in search of spiny lobster during the lobster mini-season and commercial lobster season. Such activities constitute a public nuisance. This article shall be effective in both incorporated and unincorporated Monroe County to the extent that no conflict exist with a municipal ordinance as provided in Art. VIII § 1(f) of the Florida Constitution." ibid.

50. CO Sec. 26-99 - "Penalties" states "Any person cited for a violation of this article shall be deemed charged with a noncriminal infraction, shall be cited for such an infraction, and shall be cited to appear before the county court. Citations shall be issued pursuant to F.S. § 327.74, (uniform boating citations [However, my boat had been anchored lawfully in TB since 2013 and RR's employee should have known me and my lawful situation.]) by any law enforcement agency authorized to issue such citations. The civil penalty for any such infraction is $50.00 […] not to exceed $500.00 […] The county court, after a hearing [but not arrest -please see below why the arrest was not necessary] shall make a determination as to whether an infraction has been committed. […] infraction must be proven beyond a reasonable doubt.".

51. Under Title II of the ADA, a public entity cannot "den[y] the benefits of [its] services, programs, or activities" to a qualified individual with a disability, or subject any such individual to discrimination. 42 U.S.C. § 12132. The DOJ has promulgated a regulation implementing Title II. *Id.* § 12134; 28 C.F.R. Pt. 35. The regulation states that a public entity may not (1) "[d]eny a qualified individual with a disability the opportunity to participate in or benefit from [its] aid, benefit, or service," 28 C.F.R. § 35.130(b)(1)(i); (2) "[a]fford a qualified individual with a disability an opportunity to participate in or benefit from [its] aid, benefit, or service that is not equal to that afforded others," *id.* § 35.130(b)(1)(ii)

52. The U.N.'s Universal Declaration of Human Rights (UDHR) forms part of customary international law and is a powerful tool in applying diplomatic and moral pressure to governments that violate any of its articles. "In Filartiga, the court stressed the importance of the UDHR and the Declaration on the Protection of All Persons from Being Subjected to Torture. [...] U.N. declarations [...] become recognized as laying down rules binding upon the States. *Filartiga v. Pena-Irala*, 630 F.2d 876, 883 (2d Cir. 1980). The court further stated that 'the Universal Declaration has become, in toto, a part of binding, customary international law.'" - UN Documents in US Case Law, by Paul Hellyer, 2007, Marshall-Wythe Law Library, College of William and Mary, Williamsburg, Virginia, **http://scholarship.law.wm.edu/cgi/viewcontent.cgi?article=1013&context=libpubs**. UDHR requires all to "**act towards one another in a spirit of brotherhood.**", "Everyone has the right to life, liberty and **security of person.**", "**No one shall be subjected to torture or to cruel, inhuman or degrading treatment** or punishment.", "the right to an **effective remedy by the competent national tribunals**", "**independent and impartial tribunal**", "**No one shall be arbitrarily deprived of his property.**" -Universal Declaration of Human Rights, GA Res 217A (III), UN GAOR, 3rd session, 183 plen mtg, UN Doc A/810 (10 December 1948).

## FACTS

53. At all times material hereto, Defendant RR who was elected in 2012 Sheriff in Monroe County, FL, USA, has acted under color of state or local law, has managed the Sheriff Department of Monroe County which includes Key Largo, has employed licensed deputies, and is liable for the acts and omissions of the officers, agents, servants and employees committed while in the course and scope of their employment with the Sheriff Department of Monroe County, and existed under the laws of the State of Florida and of the USA.

54. At all times material hereto, RR and his involved deputies acted under color of state or local law, and were officers and/or agents, and/or employees of the Sheriff Department of Monroe County, and were acting in the course and scope of their agency and/or employment, so that the Sheriff Department of Monroe County and its supervisor, FDFS, are vicariously liable for their active negligence or malevolence or corruption in the handling and treatment of SPATARU, as further alleged herein.

55. A van hit me, Plaintiff, on 06/04/2013 in Key Largo, FL, due to the lack of the bike route sign as required by the Federal Department of Transportation of the USA, for which I started a lawsuit in 2017 in the FL Court -see Valentin Spataru vs. Florida DOT, et al., 3D18-2142, 3D17-2295

(https://edca.3dca.flcourts.org/Docket.aspx?CaseID=23388), 17-CA-291-P, while I was riding my bicycle lawfully, and I had immediate pain in my left knee, left leg, left foot, left middle-upper back, and palms, due to the three impacts caused and to my turning in the air to avoid falling on my head and breaking my neck but to fall on my hands and feet. Violent, tearing pain appeared in my neck when I woke up one morning, a few days after the accident. I contacted Attorney Gherman who sent me to Dr. Levy, chiropractor, for treatments which included manipulations of joints, and which did not heal me but caused me, as part of a conspiracy, also new pain in my right elbow, right shoulder, left hip, and in my middle-upper vertebral joint, for which I started a lawsuit in 2015 in FL Court. **As therapy for my injuries, I had to swim, which I did in public water near my live-aboard sailboat anchored in Tarpon Basin, Key Largo, FL.**

56. At all times material, Defendants owed Mr. SPATARU, Plaintiff, a duty to exercise reasonable care in the investigation, handling and treatment of Mr. SPATARU, and failed to exercise that standard of care expected and required in Key Largo, in FL, in the USA, and in the other countries of the United Nations.

57. The Monroe County Sheriff's Deputies acted under color of state or local law and "considered" my swimming which was therapeutic, as illegal lobstering and committed wrong and injuring arrest and detention starting on 8/11/15 in Key Largo, FL, USA.

58. The A/C in the overheated car of Deputy Kern (DK) did not function in the back but I was detained anyway inside, even though I complained about the unendurable heat and requested cooling, for the ~ 30' transportation to jail; moreover, DK did not even open the windows in the back which was separated from the front by a thick divider, thus I overheated which injured me. Truly, the air gets very hot and humid in August in Florida, and even hotter in a car; it is illegal in Florida to leave children, pets, and other living creatures in a car, as a child dies in less than 10' from hyperthermia. DK should have reported the issue to his superiors, Madnick or RR, and used another car with an air-conditioner that worked, but he did not, which was abusive and must be punished. DK's local superior, Deputy Madnick, said later, unofficially that himself had no duty to check every vehicle every day; however, RR had a duty to hire, train, and supervise properly, to create a culture of respect and care for every human being, including me, and terminate and revoke repeatedly abusive employees.

59. In addition, DK did not let me take my credit card to pay the bail to be released;

60. and DK did not let me take my phone to have my friends' numbers to call.

61. At all times material, RR had a duty to design reasonably safe procedures to hire, train, test, supervise, evaluate and otherwise control the deputies who injured me; to design reasonably safe transportation and detaining procedures and conditions, and to maintain and keep all conditions reasonably safe; to design and conduct reasonably checks of employees and conditions; to design, test, and implement a proper system for reporting emergency issues, such as car A/C malfunction; and to warn of perils.

62. On 08/11/2015, at around 4:30 PM, Plaintiff was a public invitee of the State of Florida, based on its Constitution, to swim even with a snorkel in the Tarpon Basin (TB) which is public water in Key Largo (KL), adjacent to the Government Center, 102050 Overseas Highway, Key Largo, Florida, and Hampton Inn (HI), 102400 Overseas Highway, Key Largo, Florida, and he was lawfully at the subject location, swimming lawfully with a snorkel in front of his property, an anchored sailboat, to 100 feet of open water.

63. RR breached his duty of care, and acted under color of state or local law on 08/11/2015, at around 7 PM, when

64. his deputies acted under color of state or local law, and arrested the Plaintiff wrongly and deceitfully from his boat, and without a warrant;

65. then transported him harmfully ~30 minutes;

66. then detained him harmfully in the Plantation Key jail over night without medication, without a proper mattress for his back pain and without a proper pillow for his neck pain;

67. then transported him harmfully ~120 minutes at ~2 AM;

68. and then detained him in the Key West jail's "hospital" for almost 6 more days without medication, without a proper mattress for his back pain, without a proper pillow for his neck pain, and without a proper warm sweater for the cold inside temperature -and my requests for them were not answered.

69. All the abuses permanently affected my body, including my mind. Please order the jail's medical requests system to be overhauled, redesigned because the current system does not work, impairs people and even kills. Please order that the back of the police cars provide proper air conditioning and RR's deputies handcuff the detainees loose enough and with the arms in the front not the back of their bodies during transportation to avoid body injuries. Indeed, RR hires wrong persons, as the article "Florida Keys deputy arrested after road rage incident" shows at

https://www.flkeysnews.com/news/local/crime/article230133789.html.

70.   Truly, the air in the back of the Police car was too hot, and I told DK but DK acted under color of state or local law and detained me in the "cooking" "cell" for the ~ 30' transportation to jail anyway. My body, including my brain, overheated and I felt almost suffocated. The hyperthermia caused me new and worsened old brain and mental injuries which manifest as recurring headaches and other mental problems such as insomnia, nausea, focus issues, memory weakness, attention deficit, PTSD, anxiety, depression, and other medical or physical or psychological conditions. They impair drastically and permanently my intellectual activities. Truly, **hyperthermia damages the body permanently ("At these high temperatures, body proteins and the membranes around the cells in the body, especially in the brain, begin to be destroyed or malfunction. The extreme heat can affect internal organs, causing breakdown of the heart muscle cells and blood vessels, damage to internal organs**, and death." Heat Stroke (Hyperthermia) - Harvard Health, Jan 4, 2013, https://www.health.harvard.edu/diseases-and-conditions/heat-stroke-hyperthermia). In addition, I was not properly hydrated, which worsened the effects of hyperthermia; please order RR to ensure that an accused person is not dehydrated during detention (**"risk of hyperthermia include: Being dehydrated."** Jun 27, 2012, Hyperthermia: too hot for your health | National Institutes of Health (NIH, https://www.nih.gov/news-events/news-releases/hyperthermia-too-hot-your-health-1). Indeed, as professionals, RR and his deputies, knew or should have known about hyperthermia and dehydration. The lack of proper air conditioning in a heated car is very bad torture and illegal, against the U.S. Const. Amend. VIII which prohibits cruel and unusual punishment. It is undeniable that government agencies lead by rogue, pathocratic people have tortured citizens, for example, during the CIA's human "experimentation" discussed in *Orlikow v. U.S.*, 682 F.Supp. 77 (D.D.C. 1988), during secretly administered lysergic acid diethylamide discussed in *United States v. Stanley*, 483 U.S. 669 (1987), and during military chemical "experimentation" as discussed in Congressional Committee Report 103-97, 103d Congress, 2d Session, S. Prt. 103-97 (Dec. 8, 1994). In addition, I quote from http://www.pathocracy.net, "Psychopaths [and sociopaths] differ from normal people in that they lack the ability to relate emotionally to others. As a consequence, they have a terrifying ability to **treat others not as human beings but as things to be exploited, tortured or killed, as they see fit.", and indeed, RR and his conspirators tortured me**. "Predators use charm, manipulation, intimidation, and violence to control others and to satisfy their own selfish needs. Lacking in conscience and in feelings for others, they cold-bloodedly take what they

want and do as they please, violating social norms and expectations without the slightest sense of guilt or regret.", and indeed, all offenders are very charming and cold-blooded. More quotes: "Psychopaths are not technically insane. They don't have a psychosis, like schizophrenia. They are experts in appearing normal.", "the question is how to stop the powerful from doing as much damage as they can to us.", "While you try to 'understand' [and help] the psychopath, **they are secretly calculating how best to cause you the most suffering.**", "The prevalence of sociopathy in the United States seems to be increasing. The 1991 Epidemiologic Catchment Area study, sponsored by the National Institute of Mental Health, reported that in the fifteen years preceding the study, the prevalence of antisocial personality disorder had nearly doubled among the young in America.", "Countries ruled by psychopaths become corrupt and brutish police states constantly at war with created and imaginary enemies. The population becomes paranoid, neurotic, and ultimately secondary psychopaths. In a psychopathic culture, everyone must adopt a ruthless attitude as a survival strategy.", "**The psychopath enjoys making others suffer.** Just as normal humans enjoy seeing other people happy, or doing things that make other people smile, the psychopath enjoys the exact opposite.", "Real power is unelected. **Politicians change, but the power structure does not. The Network […] operates behind the scenes, for its own benefit,** without ever consulting those who are affected by its decisions. The Network is composed of individuals who **prefer anonymity. They are 'satisfied to possess the reality rather than the appearance of power.'** This approach of secretly exercising power is common throughout history because it protects the conspirators from the consequences of their actions. […] A primary tactic for directing public opinion and "government" policy is to **place willing servants in leadership positions of trusted institutions (media, universities, government [,including law enforcement], foundations, etc.). If there is ever a major backlash against a given policy, the servant can be replaced.**", "Historically, those who establish sophisticated systems of domination are not only highly intelligent; **they are supremely deceptive and ruthless. They completely ignore the ethical barriers** that govern a normal human being's behavior. **They do not believe that the moral and legislative laws, which others are expected to abide by, apply to them." Please find the others in the conspiracy "network", including the masterminds, and order them to compensate me and stop the abuses. "The truth is the only thing worth working towards.",** "True conscience raises us above the example of [sick-]animal behaviour set by the pathocrats.". **Indeed, the evil "Network" is active;** "The sheer numbers of people complaining of being targeted, including people with post-graduate degrees and a lifetime of achievements, and the similarities in symptoms [-psychological and

physical symptoms resulting from intentional harassment-], tend to outweigh a dismissive response based on charges of anecdotal evidence or group paranoia", http://www.rob-files.com/Jon %20Wilson%20Attorney%20letter.pdf, viewed on May 5th, 2019. Indeed, my tortures by LEEs were not due to "lazy cop syndrome," but to premeditated, injuring aggression. RR's "unofficial" "guidelines" "allowed" LEEs' unreasonable and abusively violent "tactics" on targeted individuals like me. Indeed, in my case too, there was no real need to arrest and detain me.

71. I wrote a complaint to FL Office of the Inspector General, FraudWasteMisUse@mail.dc.state.fl.us, on Jan 21, 2016, with no results. Indeed, "Police must not be allowed to investigate themselves but must be subject to independent and unbiased civilian oversight" and "'Blind faith in your leaders, or in anything, will get you killed', Bruce Springsteen"- https://truthnottasers.blogspot.com.

72. Starting in June 2013, after a van hit and injured me in Key Largo due to lack of the required warning bike route sign, I commented in public about suing FL Department of Transportation and others, thus I antagonized the decision-makers in the State of Florida and Mo. Co, and their supporters, instruments and "friends", including RR and his employees. We need to be able to talk in public without any retaliation, about the debilitating effects of corruption[i] due to which many streets in Key Largo did not have a proper bike route sign and there were no proper community services in South Florida, such as victims funds, free or on credit health recovery hospital/home/hotel, and health and legal care for injured persons. We need to be able to ask for and monitor investigations of criminals who infiltrated our country's private or public organizations, including our governments. U.S. Const. Amend. I guarantees the freedom of speech, including my right to discuss in a public park about the debilitating effects of corruption. Indeed, RR is part of conspiracy which abuses and causes "accidents" and injuries to people who comment about the corruption; and which helps some service providers such as some attorneys, insurance brokers or agents, doctors and other health care providers make more money or receive other benefits or kickbacks when "accidents" happen to people. Please investigate, prosecute and stop the abusive conspiracy. Beyond a reasonable doubt, Defendants were part of or manipulated instruments of a conspiracy group that wanted to benefit from the corruption of the public services and works, such as the the construction of the bike route in Key Largo without the proper traffic warning signs (how much money were stolen?), which caused an accident that injured me badly.

73. A separate local or regional conspiracy causes accidents and injuries or other abuses to people so

<u>VALENTIN SPATARU vs R. RAMSAY … - page 17 of 82</u>

that some service providers such as some attorneys, insurance brokers or agents, doctors, and employees of local governments make more money or receive other benefits. Indeed, Judge Ptomey had a corrupt interest when he convicted and sentenced me for trespassing to make me pay ~$600 to Mo. Co. from which he benefits as its employee and to make me hire attorneys like his relatives or friends who thus will make more money; then, Judge Garcia blamed the lack of hearing transcript. Moreover, brutal RR's deputies and conditions have caused me injuries that needed and would need attorneys, insurance brokers or agents, doctors who must be paid large sums. Please request FBI to investigate, prosecute and stop the abusive local or regional conspiracy.

74. Moreover, I believe that the heads of the organized crime (OrC) clans ordered my elimination, at least mental, due to my comments, even though constructive, regarding **permissive USA financial laws** passed by the Congress upon the "advice" of "lobbyists" (more than $28 billion has been spent on lobbying in the United States in 2017 - https://en.wikipedia.org/wiki/Lobbying_in_the_United_States), even though the financial crimes of the years 2001-2003 and prior years should have stopped the lobbyists. I have the master degree in accountancy from University of Georgia, USA, since the year 2000 and the master degree in financial management from the Academy for Economic Studies, Romania, since 1997, which convinced the accounting mega-company Deloitte to hire me in 2002 for the Atlanta, GA, USA, international taxation department, helped me to obtain the Certified Public Accountant (CPA) license in 2003 and gave me the knowledge to understand and comment against the permissive financial laws that cannot prevent fraudulent financial management and recover the stolen money. Indeed, 147 tightly knit companies, through their 147 CEOs, appear to be able to exert control over 40 percent of the entire global business network: "using a database called Orbis 2007, which contains 37 million companies and investors globally, researchers pulled out 43,060 transnational corporations and proceeded to examine the share ownerships linking them. In terms of the major power centers, there is a core of 1318 companies with interlocking ownerships who are essentially involved with or able to influence the actions of the other 42,000 or so transnationals. The transnationals in turn can influence the behaviors of other companies and even nation states. In terms of economic weight, the 1318 companies represent 20 percent of global operating revenues, and collectively through share ownership they own the majority of the world's leading firms, representing a further 60 percent of global revenues. Within the 1318 lies a so-termed "super-entity" of 147 tightly knit companies. This one percent of the companies appear to be able to exert control over 40 percent of the entire international business network. The top ten superconnected companies are: Barclays plc, Capital Group

Companies Inc, FMR Corporation, AXA, State Street Corporation, JP Morgan Chase & Co, Legal & General Group plc, Vanguard Group Inc, UBS AG, Merrill Lynch & Co Inc" - http://www.digitaljournal.com/business/is-the-world-is-run-by-superconnected-companies/article/540323. "Parliaments of the Western liberal democratic model in general are there for plutocratic manipulation; that is their purpose"- https://www.foreignpolicyjournal.com/2010/05/31/origins-of-the-cold-war-how-stalin-foild-a-new-world-order/, thus please ensure that it is not the situation in the USA anymore. Please order the legislators to vote proactive laws to prevent frauds and recover the stolen assets 100% plus at least 10% for every year when the assets are missing. Please sue all the legislators who voted the bad laws; and all the government officials who decided the monetary and credit policies that created the financial crises for the unjust enrichment of the perpetrators and their instruments, and the unjust poverty of many victims. "Suppressing and otherwise hiding […] key information is a massive deception which does not serve the public and only serves to allow the bankers to easily become excessively powerful and corrupt."[ii] [iii] Please order the legislators, DOJ, FBI and SEC to compile and post on their websites a list of all the frauds since at least the Independence of the USA, that shows what percentages of the initial losses were recovered, and links to the Courts files and to the investigators files, for the public to aid the recovery; a list of all the abusive officials in every country since at least 1860, including all their descendants, for the public to sue them and to boycott them and their businesses; a list of all the slave owners and their financiers, in every country, including all their descendants, and how much they spent with their slaves compared with the normal salaries for such work and productivity, for the public to boycott them and their businesses until they compensate and treat the suffering descendants of all their slaves and all the victims of such psycho-sociopath descendants, and to monitor all for new abuses of human rights; and a list of all the slave traders and their financiers, including all their descendants, to monitor them for new abuses of human rights. I volunteer to assist the research.

75. Moreover, I believe that the heads of the organized crime (OrC) clans ordered my elimination, at least mental, due to my comments, even though constructive, regarding **the failed USA's 'war on drugs.'** Truly, the 'war on drugs' actually became a war of those who control or manipulate the Law-Enforcement Chiefs, such as those in South Florida, to eliminate the drug traffickers who are not in their "importing"/trafficking network (which is so effective that one can buy from the "accepted distributors" an illegal drug like THC, cocaine, crack, heroin or flakka in 15-45' as simply as one can buy a Domino's pizza -https://www.google.com/search-, and which is hugely profitable as the general

criminalization raised the price of, for example, cocaine at least 75 times from ~$2 per gram – the highest price in Colombia- to $150 in the United States, thus **a transport that costs $1 million will bring $75 million, if no one raises public concerns, as I did**). Truly, our communities must study and **adopt from the success of the clinical decriminalization in countries such as Portugal and Switzerland** (which allocate public funding -$2 per gram of cocaine not $150!- for supervised administration of the safe quality drugs and thus eliminate most of the crimes and violence – https://www.cato.org/publications/white-paper/drug-decriminalization-portugal-lessons-creating-fair-successful-drug-policies). Indeed, due to my comments, even though constructive, regarding the organized crime, I have become OrC's target, and they use all possible methods to annihilate their targets, including me, without suffering any consequences.

76.  Moreover, I believe that OrC in FL ordered my elimination, at least mental, thus their "instruments" have caused injuring "incidents", due to my discovery and whistle-blowing of a tactic they use to hide the illegal source of their wealth. Pedro A. Suarez sold me their small sailboat in 2012, and I gave him and his wife, Svitlana Khramtsova, a $5,000 loan in December 2012 to buy a bigger boat for themselves. They have "disappeared" and not returned my money, thus I sued them -see 2017-000266-AP-01 and 2017-000081-AP-01. Doing research, I discovered that they are most probably involved in illegal drug trafficking, and used their **illegal profits to purchase a $800,000 apartment on their mother's name**, Conchita Suarez -see https://miamidade.county-taxes.com/public/real_estate/parcels/24-4232-016-2440/bills/13024378 and https://www.redfin.com/FL/Key-Biscayne/201-Crandon-Blvd-33149/unit-641/home/42919622. Moreover, Pedro Suarez could pay bonds of $11,500 when he was arrested for robbery/armed weapon, according to https://florida.arrests.org/search.php?minage=40&maxage=51&sex=&county=&chargecode=&fname=pedro&fpartial=True&lname=SUAREZ&startdate=&enddate=, but he did not return my $5,000 even though I needed my money for basic and health care expenses; indeed, he is a ruthless criminal. Please request IRS and FBI to investigate the sources of their wealth and stop their criminal activities; and the sources of all others' wealth to ensure that they were legal not criminal activities.

77. Moreover, I believe that the heads of the organized crime (OrC) clans ordered my elimination, at least mental, due to my comments, even though lawful and constructive, regarding **infiltration and corruption of governments -including LE and Courts-, mas-media, corporations, and other organizations by OrC**[iv]. The names and genetic features of my offenders prove a common background

and origin, of northern Euro-Asian origin, and another reason to conspire to abuse me, as I have some different genetic features and background; my name Valentin is "derived from the Latin Valentīnus, a derivative of valens (to be healthy, to be strong). The name was borne by fifty-one saints", www.babynamewizard.com. In addition, my skin is white during winters and tans during summers due to sun exposure, but my offenders' skin does not tan during summers, as their Hibernal Siberian ancestors lost the tanning genes (After their ancestors hunted all the mammoths which are extinct today, they moved south or north; the Eskimos, their distant relatives, do not tan, too. I did not want to be their "mammoth" for them to "hunt'" me, but they abused their power under the color of state law, and injured me). Truly, Madnick means metal worker in Russian, https://www.ancestry.com. Kern means corn, skinny in German; they were small farmers, or merchants, ibid.. Thomas, the name of the bartender at Hampton Inn, comes from the Aramaic (~= ram, crash) "tē'ōma" (a twin), ibid.; he "stated in a sworn written statement [-which I was not allowed to contest and confront before arrest, and in Court, as Thomas lied or LEEs lied-] he [...] observed Spataru swim into [...] the Hampton Inn property" -MCSO15OFF005163 Offense Report, Monroe County Sheriff's Office, https://1drv.ms/b/s! AoQWyvOQcbRY2EJ2WzsVMixsr4m9?e=GCsa9i-. Mattson, the name of the FWC officer who came with a boat to my boat, comes from the Hebrew (~= Hibernal) given name "Matiyahu", which translates as gift of God, ibid.. Ptomey comes from Ptolemy which means "aggressive, warlike" in Greek (Greece has many inhabited cold areas around mountains), https://www.behindthename.com; Ptolemy is of the abusive category of rulers {When Ptolemy I Soter made himself king of Egypt, he created a new god, Serapis, which was a combination of two Egyptian gods: Apis and Osiris, plus the main Greek gods: Zeus, Hades, Asklepios, Dionysus, and Helios. https://en.m.wikipedia.org/wiki/Ptolemaic_Kingdom. The abusive category includes the Imperial Roman Julio-Claudian dynasty, Pilate, Herod and Caiaphas, the head of the Persian-Pharisee "clergy". Pilate followed the "advice" of Herod and Caiaphas, and executed Jesus, a militant for democracy and human rights, including taxation with representation. Jesus was explaining to people the abuses and lies of the Pharisee "clergy" who were spending the people's donations for clergy's luxurious lifestyle instead of public services such as victims' funds, hospitals and housing for the injured, and the safety of the roads; and was preaching against abusive taxation, and against corruption of the public services and works. The rulers did not want to lose their abusive revenues, and conspired to kill him. However, not long time after the execution, all involved in his killing lost all or almost all. Caiaphas, the High Priest of the Temple and the de-facto ruler of the worldwide Jewish community at that time, was removed from office and a luxurious life and lived

quietly on his small property near Galilee –
https://www.bbc.co.uk/religion/religions/christianity/history/whokilledjesus_1.shtml; Herod and Pilate were removed too and exiled. The Imperial Roman Julio-Claudian dynasty ended by suicide after the citizens revolted and started threatening the Praetorian Guard of the clan's palace to prove the citizens' suffering and determination. Indeed, since ancient times, most probably, due to overpopulation which caused migrations, many people from Middle East areas moved North too to colder areas such as Russia, and later West to Germany, and worked as metalworkers, farmers, merchants; most probably, some Khazar clergy moved with them too, and maintained their control or manipulation. Starting in 1917, after they received fire weapons from the new socialist government to protect it -but not to kill its opponents-, many Russian Khazars have been mortal for tens of millions of people upon the orders of the communist leaders (95% were of at least some Khazar origin,
https://www.britannica.com/biographies/history/communism, https://www.google.com/search?q=communist+leaders+ethnic+origin ; they were financed mainly by Khazar interests,
https://www.google.com/search?ethnic+origin+of+banking+clans, https://www.quora.com/Who-financed-the-Russian-revolution-of-1917-and-why; many were trained in New York or Switzerland, a tax heaven, ibid., https://www.google.com/search; "money is the best explanation for why Lenin's minority of Bolsheviks was able to terrorize and eliminate the majority of Mensheviks in the Communist party itself. The Bolsheviks were famous for their ruthless murder of opponents. This suggests more than politics - it suggests hired hit men and lots of GOLD". https://www.quora.com/Who-financed-the-Russian-Revolution-How-was-the-transfer-of-money-done-Did-Germany-really-provide-Lenin-with-tons-of-gold-in-a-sealed-train-from-Zurich-back-to-Russia.). Many German Khazars were recruited by the Nazi party and army, and some became powerful officers too - https://www.wikiwand.com/en/List_of_Nazis_of_non-Germanic_descent; the Nazis killed tens of millions of people too. In 1939, Hitler[2] and Stalin (Djugashvili, Gruzin; the ancient city of Khazar -~=Cause_r) was located near Gruzia -~=Crazy_a-

_____

2 "Hitler's dominant haplogroup, E1b1b, is relatively rare in Western Europe - but strongest in some 25 percent of Greeks and Sicilians, who apparently acquired the genes from Africa: Between 50 percent and 80 percent of North Africans share Hitler's dominant group, which is especially prevalent among in the Berber tribes of Morocco, Algeria and Tunisia, and Somalis. More surprising still, perhaps, is that Hitler's second most dominant haplogroup is the most common in Ashkenazi Jews."
https://www.haaretz.com/jewish/1.5104559

which is between today's Turkey, Iran, and Russia) made a secret agreement to attack other countries for their resources, and unfortunately, Khazars and their instruments had infiltrated already Romania, a top worldwide producer of oil and gasoline then, and caused corruption of the public contracts and politics, which made it impossible for the Romanian army to protect -due to bad supplies, including weapons- the NE Moldova from Soviet (Khazar) Union, and NW Transylvania region from (Khazar-Keiser) Germany when they attacked in 1940. My grandparents were from NE Moldova, owned a farm of almost 200 acres there, but they had to abandon it and take refuge to Bucharest in 1940, as the treacherous Romanian government of that time asked the properties owners to leave the area without fighting; thus, more than 1,000,000 people left and became refugees. Khazars infiltrated Britain, France and other countries too, thus they could not help Romania as they promised; some of them were even occupied partially or completely too. Khazars infiltrated the USA too, caused corruption and abuses, and even created 9/11 (Khazars infiltrated Arab countries too), which "helped" them collect "recovery" payments from their insurance contracts for the "destroyed" buildings, and made their businesses, including weapons, scanning equipment, oil businesses, to make huge profits upon the suffering of every American and loss of millions of lives in the USA and abroad. Most probably, they used Arab people with mental disabilities, whom Khazars or Khazars' instruments turned into sociopathic suicide fighters. Most probably, many Arabs were mentally disabled by the human rights abuses or "accidents" caused by the instruments of religious, military, or political dictators and manipulators under the Khazar influence. In the XIII century, Marco Polo wrote about a Khazar "method" which created "blind" assassins and suicide-fighters, and in the XX century, Kirghiz writer Chingiz Aitmatov described a "procedure" used on captured human beings by some central Asian tribes to create amnesic, partially-mentally-disabled "mankurt" slaves, which included causing brain injuries.}. My case proves that one of their torture methods in the USA is detention in overheated cars, and causing other injuries and excessive stresses, which they used with me, but I don't want to be a "slave" or a sociopath. Defendants' common, recognizable DNA, and their socio-psychopathy united them to act in their selfish, abusive interest (I am not dead yet, most probably because they are afraid to kill me or cause me complete amnesia before they isolate me where no one knows me -for no person to know the real reasons of the "accident"-, I am actually a law-abiding and respectful person, and I have recognizable DNA in common with them and their instruments, as all human beings descend from only one woman, Mitochondrial Eve); however, I was educated to be against any abuses of rights, to care about all, and I am not afraid to sue the offenders for their abuses of my rights, even though they hired harassment

<u>VALENTIN SPATARU vs R. RAMSAY … - page 23 of 82</u>

"specialists" to silence me. Truly, today, more than $30 trillion -more than 10% of the value of the planet- in cash, real estate titles, shares and bonds from all countries are registered in tax havens – such as the City of London- mostly by the rich Khazars and their instruments, which gives them almost unlimited money to conspire and commit more crimes. Let's counteract and stop the organized crime by putting safety and care for every person first in our communities. Our communities must ensure that all companies, organizations, government departments, products and services are and will be safe for all. The above proves that the American Khazars and their instruments had conspired to disable me mentally too to use me too or to eliminate me. Indeed, it is diabolical for a group to affect one mentally with hyperthermia and other excessive stresses then to accuse one of not having acted properly on time to appeal the confusing order of Judge Ptomey! Moreover, unfortunately, I have experienced myself also torturous 1. hacking of my PC and unwanted changes to my files and folders[vi], 2. attacks with air-borne sound or electromagnetic waves guns[vii][viii], and telepathy guns to tire me, ask me to move away to unknown areas and people, shut up about an issue, or abandon a lawsuit, 3. "acting" "people" who want to induce me with a hypnotic voice from my back, side, or even front to do something ("do not complain", "fight and do not let them arrest you", "do not read that, you waste your time", "do not think too much to write that", which were bad advice). For more details, see the article by a former manager of a gang-stalking "syndicate", http://www.truedemocracy.net/hj35/14.html, also in the file at https://1drv.ms/b/s!AoQWyvOQcbRYguZol-nwxAvkelWRQw. Please stop them and order them to compensate me and the other victims; please request all public and private law enforcement departments (including DHS, CIA, NSA, FBI, ICE/Border Patrol, private security companies, vigilante organizations such as Neighborhood Watch) to take me off of their enemies lists they have, and order them to protect me from any harm; please demand the criminal prosecution, arrest, detainment, treatment -"Evidence suggests behaviour can improve over time with therapy, even if core characteristics such as lack of empathy remain. […] A person with antisocial personality disorder may also be reluctant to seek treatment and may only start therapy when ordered to do so by a court", https://www.nhs.uk/conditions/antisocial-personality-disorder/-, and permanent sterilization -if their malign psychopathy will be genetically transmitted more than 51%[3]-, under battery, cruelty, terrorism and other

---

[3] "For both genders, Fearless Dominance exhibited a moderate negative genetic correlation with Int. Moreover, further analysis revealed that 66% of the phenotypic covariance between these variables was due to genetic contributions. Conversely, Impulsive Antisociality exhibited a moderate positive genetic correlation with Ext, with 76% of the phenotypic covariance between these variables due to genetic

laws, of all involved in my false arrest and imprisonment, torture, in the conspiracy to deprive me of constitutional rights, in the causation of my injuries, in my non-consensual treatment and experimentation, and in other crimes not yet identified; please order them to compensate me and stop abuses. I offer to volunteer to monitor legally and ethically such offenders and new refugees or immigrants suspect of future abuses. Please counteract and stop the organized crime by putting safety and care for every person first in our communities. Please ensure that all companies, organizations, government departments, products and services are and will be safe for all. Please ensure that we will have safe communities with no abuses and "accidents"[ix] in the future.

78. Indeed, Defendants injured me at the orders of OrC or due to manipulations by OrC.

79. RR and his employees knew, or in the exercise of reasonable care should have investigated and known, that the Plaintiff was not causing problems and was not trespassing and should not have been arrested, detained, transported and convicted. Judge Ptomey said in 2019 "unofficially" that he did not know that I was swimming for therapy, not to catch lobsters; however, he should have inquired why I was swimming, as it was part of his duties. The deputies who arrested me abusively and injured me knew or should have known too. I told Deputy Cody Kern after he handcuffed me that he was making a mistake, but Deputy Madnick (DM), his chief, asked him to arrest me anyway.

80. Employees of Hampton Inn, individuals Paul Thomas, Chavone Wilson, and unknown front desk agent, J. Agent, lied to LEEs or LEEs lied. Swatting is a form of abuse in which someone reports a false emergency to get authorities to descend on an address in maximum force. Please read this case described by https://www.msn.com/en-us/news/crime/california-man-sentenced-to-20-years-in-fatal-swatting/ar-BBVn019#page=2: "A California man [,Tyler R. Barriss,] was sentenced [-see United States v. Barriss, 6:18-cr-10065, https://www.courtlistener.com/docket/6872417/united-states-v-barriss-] to 20 years in prison for making bogus emergency calls to authorities across the U.S., including one that led police to fatally shoot a Kansas man [, Finch,]. Police have said the officer who shot Finch thought he was reaching for a gun because he moved a hand toward his waistband [Finch was not armed and tried actually to lift his falling pants, as you can see at https://www.kansas.com/news/local/article208812519.html, The Wichita Eagle,]. Prosecutors declined to charge the officer", nevertheless, Finch's family sued the city, see Finch et al v. Wichita, Kansas, City factors. [...] the current data suggest that Fearless Dominance and Impulsive Antisociality may derive from separate etiological processes that are substantially genetic in nature", https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2242349/

of et al 6:2018cv01018, US District Court for the District of Kansas,

https://dockets.justia.com/docket/kansas/ksdce/6:2018cv01018/119934 . Indeed, in my case, even

though I have been and am against illegal revenge, due to my comments, even though constructive,

regarding the organized crime, I have become its target, and they use all possible methods to annihilate

their targets, including me. Please investigate to discover who ordered for me to be injured and silenced

and order the conspirators to compensate me and stop my and others' harassment and attacks. Please

investigate the criminal HI employees who made a bogus emergency call to the Police.

## INJURIES

81. Defendants, by and through the actions and omissions of theirs and their employees, agents,

contractors and/or servants, breached their duty of care to Plaintiff, and were negligent and careless or

malevolent or corrupt, thus injured me severely and permanently.

82. From approximately 2003 to the present, Monroe County, FL, has acted under color of state or local

law, and has failed to provide proper housing and health care for a person with disabilities, which

injured me and made me vulnerable to more abuses by others.

83. Hampton Inn employees Paul Thomas, Chavone Wilson, and J. Agent, committed criminal

"swatting" by lying to LEEs, which injured me severely and permanently.

84. The Monroe County Sheriff's Deputies acted under color of state or local law, and "considered" my

swimming which was therapeutic, as illegal lobstering and committed wrong and injuring arrest and

detention starting on 8/11/15 in Key Largo, FL, USA. They did not provide proper investigations and

conditions/services, which injured me severely and permanently.

85. Judges Ptomey and Garcia of the Court of Monroe County (CMC), FL, and CMC acted under color

of state or local law, and did not provide proper Judicial services[x], which injured me.

86. DK came to my anchored boat with a FWC boat and arrested me wrongly and abusively for

trespassing, without any real cause and without a warrant as U.S. Constitution Amend. IV -Search and

Seizure- requires; truly, he deceived me to enter the FWC's boat from my live-aboard sailboat anchored

in Tarpon Basin; threateningly, he shouted to me to leave Monroe County ASAP in order to avoid

further "inconveniences", which was an aggravated assault, but I was not able to move due in part to

the health issues RR worsened or caused -please advise me where to go to be safe.

87. The A/C in the overheated car of Deputy Kern (DK) did not function in the back but I was detained

anyway inside, even though I complained about the unendurable heat and requested cooling, for the ~ 30' transportation to jail; moreover, DK did not even open the windows in the back which was separated from the front by a thick divider, thus I overheated which injured me severely and permanently.

88. I was forced to ride 30 minutes with very tight handcuffs and my arms behind my back, which caused me more injuries and pain in my back, shoulders and arms.

89. Illegally, the Officers who arrested me did not allow me to take my phone and credit card to pay the bond, and I had not memorized any phone numbers of friends to call from jail for assistance. The bail bond agents could not help me to pay. The jail did not allow me to access Internet Banking to pay the bond. The attorney firms I found in Yellow Pages did not accept collect calls from me. Therefore, I had to wait six days in jail until a friend found out and paid the bond. Please order RR to provide at least two ways for inmates to access their credit cards (through phone or internet), so they can pay the bond. In addition, please order RR to make sure during the arrest that the accused ones know friends' phone numbers and take a credit card with them so they can pay the bond or call friends to pay. Furthermore, please allow both the Police Officers and the Public Defenders to access Internet Banking on behalf of the inmates to help them pay the bond or email inmates' friends.

90. Moreover, John Jail 1, RR's Deputy who checked me in the jail in KL convinced me not to ask for a public defender, which was against my interest. Please order RR to give each detainee a written advice for the assistance by a public defender, and which explains the complexity of the legal system.

91. John Jail 2 thought that I attacked a LEE because I was detained in the solitary confinement cell -even though I requested it myself to avoid the noisy common cell-, thus he did not allow me to make enough phone calls to ask for help, shouted, and almost attacked me; his colleague probably told him about my request, thus he did not hit me at all but he was still suspecting me; please ask RR to stop all abuses and violence.

92. Moreover, I was kept in jail and its hospital without medical treatment and therapy; I was not given my prescribed drugs, which caused me more anxiety and depression. That was more very bad torture! Please order RR to provide the prescribed medicine and health care to inmates because their absence makes people sicker and even kills. The jail should screen all's health and offer health care to those who need and want. The purpose of detention is healing not causing health issues by torture.

93. In addition, the food does not provide enough nutrients, and I had no money to purchase food from

the expensive store of the jail. My health was affected permanently because I could not consume enough vitamins, minerals, proteins, and other nutrients. Please order RR to provide nutritional supplements to all inmates because without them people will get weaker and sicker and even die. Nutritional supplements cost under 5 cents per day per person. Otherwise, they will be released with expensive, incurable, and even unmanageable mental and non-mental health problems that will cost all of us much more tax money and trouble.

94. Moreover, I had no proper sunlight in the jail and jail hospital, which caused me more anxiety and depression. Please order the jail hospital to install big windows or a system of mirrors so that inmates get proper sunlight, essential for their recovery and well-being.

95. Furthermore, due to the detention, I could not go to take the Graduate Management Admission Test (GMAT) as planned, for which I had studied 6 months, 12-15 hours a day, almost every day; moreover, I could not go to take care of my anchored boat which needed checks and pumping of the bilge water; all caused me more anxiety and depression. My performance at the GMAT decreased -see Appendix F, PWC- 41 pp, **77.4%**, from above bottom 53% in 2014 (which I attained **even though, abusively, I was not allowed to wear a hat to protect my head from the blowing cold air from the A/C above**) to above bottom 12% (even though I was allowed to wear a hat) in the integrated reasoning section when I took it ten weeks after the wrong arrest, due 90% to the brain health issues that RR caused or worsened; thus, the graduate schools did not accept me in their PhD programs, and, due at least 10% to RR, I am still not able to study properly to take the GMAT again and get a better grade.

96. Indeed, RR caused new and worsened my old

97. -mental and emotional issues when RR caused my brain's over-heating or over-cooling; when I could not pay the bail bond because the Police Officers who arrested me did not allow me to take my phone and credit card to pay the bond, even though I had not memorized any phone numbers of friends to call from jail for assistance; when I could not go to take the Graduate Management Admission Test as planned; when I could not take care of my anchored boat; and when I suffered loss of my reputation due to the wrong arrest and detention. Skin pores with visible blood were my and other person' symptoms of extreme stress, most probably caused by haematohydrosis; the sweat glands all over our body are supplied by small blood vessels which, under extreme stress, can break and blood can leak.

98. -right elbow and right shoulder issues and upper and lower back issues when a deputy handcuffed my hands too tight behind my back for ~30 minutes, which worsened my cartilage, ligaments and

tendons injuries, which manifest as scary pain inside the elbow joint during effort, for example, after carrying a regular laptop backpack by hand for 1', during even only one pull-up, after even only one push-up, or after 5 minutes of medium rowing effort; which manifest as scary pain in my right shoulder area during even only one push of a 6x2x4 wood bar; the colder the weather is, the faster the pain appears and the more intense it is.

99. -upper and lower back and neck issues when a deputy transported me 100 mile from Tavernier to Key West in a bus without the proper shock absorbing system, which worsened my permanent damages of the cartilages, ligaments and tendons, which manifest as breath-stopping pain inside an middle-upper vertebral joint after 1-2 hours of lifting intermittently to check and clean various 10-20 pound objects, as alarming pain after carrying a laptop computer backpack for only 20' on my back during temperature of around 70 F, which is not even cold weather, as alarming pain when I drive my car on rough or winding roads, and during other activities

100. -upper and lower back, and neck issues when a deputy did not provide proper mattress and pillow in the jail.

101. Indeed, it is diabolical for a group to affect me mentally with brain injuries and other excessive stresses then for Judge Ptomey to violate my rights, and for Judge Garcia (and other Judges at FL's Higher Courts) to accuse me of not having acted properly to preserve my rights. Please help me write an educational, literary, ethics novel, and make a very high quality movie about abusive rulers, including Pilate, Herod, Caiaphas, the Imperial Roman Julio-Claudian dynasty, Hitler, Stalin, their abusive bankers and financiers, their abusive tactics and instruments, the suffering they caused, and their final downfall. Today's abusive rulers should stop and pay for their abuses or will fall soon, too.

102. I proved all the legal elements of excessive force under color of law, too: I did nothing to justify any offensive actions and force, I suffered a foreseeable and direct harm, I was a member of a specific, defined or limited group by ethnic and national origin, the law enforcement officers willfully disregarded my safety, and the law enforcement officers acted under the color of law to create a danger that would not have been present absent such conduct. Indeed, the lack of consequences for LEEs will contribute to more instances of injuries and brutality, therefore, order Defendants to compensate me. Truly, there are increasing reports in the media of aggressive officers [who] attack specific individuals without provocation when the person is of a certain ethnicity – https://www.hg.org/legal-articles/police-taser-abuse-cases-what-you-need-to-know-51479,  http://www.aele.org/law/Digests/ECWcases.html.

103. All the wrong acts, conditions and omisions were abuses and caused me new injuries and aggravated old injuries. My medical records are at https://1drv.ms/f/s! AoQWyvOQcbRYgoNYBPHE9OgQk12vhA and https://1drv.ms/f/s! AoQWyvOQcbRYkHLMH8OlZSAlfXzo.

104. My health issues -including those which RR and the other Defendants caused or aggravated-induced other, subsequent brutal injuries to me in 2016, which almost killed me, and added to my permanent pain and suffering; see the medical records at https://1drv.ms/f/s! AoQWyvOQcbRYgoNZFQum4AysWqc9BQ and https://1drv.ms/f/s! AoQWyvOQcbRYgoNap7apihUzms3drw. A summary is at https://1drv.ms/x/s! AoQWyvOQcbRYguY8d6Q41WLDshViUw (Please excuse that some cells are empty, but I have no time to finalize it; please let me know if you need it completed.).

105. In consequence, unfortunately, due at least 20% to RR and the other Defendants I have not been able to maneuver and control a sailboat anymore; I have not been able to keep other physically demanding jobs; I have not been able to get an office or similar job due to my mental issues; thus I have had no proper income for a normal, decently comfortable life. In addition, the quality of my life has diminished abruptly and diabolically severely because I have not been able anymore without pain to row even only my small 8.5' tender boat against a current caused by even only 15 mph wind to reach my live-aboard sailboat where I have slept, sailboat which has been anchored only 100 yards from shore in the small, 1 mile wide, thus more protected, Tarpon Basin in Key Largo, FL; I have not been able anymore without pain to lift myself even only 4' to climb on my sailboat from my tender boat, and properly sail, swim, snorkel, ride a bicycle, do aerobic or weight lifting exercises, dance or backpack. I cannot fulfill any longer my plan to sail to exotic places such as Hawaii, Tahiti, Seychelles, Madagascar and around the coasts of all the continents. I had to stop living in an anchored boat with a tender with oars, and even a motorized tender will not solve all the problems caused by my injuries, including my brain injury.

106. In consequence, when, because the required effort was too much for my weakened body, I was not able to row to my anchored boat where I slept, even though I requested MC to provide proper housing and health care, I had to sleep in overfilled rooms at stressful, noisy and poorly run and maintained homeless shelters at Miami Rescue Mission (for example, the shower water is too hot, the restroom has no proper ventilation, there is no refrigerator, there are up to 24 people in one room, which is too much

for proper relaxation, meditation, sleep and recovery), Miami Salvation Army (for example, they use the speakers to make very loud announcements even at 12 midnight, therefore, the sleep is not relaxing; in addition, they gave me a bed on top of another bed even though I told them that it would be painful for me to climb due to my injuries, and I am not allowed to stay inside between 8:30AM and 5PM), Marathon Independence Cay (for example, the shower water does not drain properly, the restroom has no proper ventilation, the refrigerator does not have enough space, there is no locker thus a dishonest roommate stole my phone during one night, I am not allowed to stay inside between 8:30AM and 6PM, there are up to 6 people in one small room, which is too much for proper relaxation, meditation, sleep and recovery), or Key West SHAL (for example, years old, open snack bags were thrown behind the 50 foot long, commune, platform bed; dirty clothes which smell toxically are allowed inside, I am not allowed to stay inside between 8:30AM and 6PM, and the shower water is too hot.) (Please ask the shelters to fix the issues); if the shelters have no bed, I have to sleep in my car which is not healthy and restful, plus it is dangerous as I received even death threats from an unknown person once. Please request the CDC and DOH to build enough healthy and safe health recovery houses with maximum two persons per room, to audit all the health recovery houses/shelters, and to install a suggestion box at each one with the names of the managers and auditors. Furthermore, I have been approved this month to be a permanent resident at the Marathon Home for Persons with Disabilities (MHPD) until I can keep a job, but I will not be allowed to leave to mail anything, not even this Brief as far as I understand, thus I need to find another home by adventuring in unknown places, or sleep in my car to be free to mail you. In addition, MHPD has two beds in every bedroom, and sharing a bedroom with a person with disabilities will be too stressful.

107. Indeed, RR battered me by intentional harmful conditions, including injuring hyperthermia, and I have proved the essential elements of aggravated battery: 1. RR intentionally did acts which resulted in severe harmful contacts with me; 2. I did not consent to the harmful contacts by RR; 3. The harmful contacts by RR caused severe injuries, damage, loss and harm to me. Battery is a felony in Florida if it causes great bodily harm; indeed, RR caused me permanent disabilities which are great bodily harm.

108. In addition, RR and the other Defendants caused me intentional infliction of emotional distress (IIED), and I have proved the essential elements of IIED: (1) RR and the other Defendants' extreme and outrageous conduct, including aggravated assault, with either the intention of, or reckless disregard for, causing emotional distress, (2) my having suffered severe or extreme emotional distress and (3) actual or proximate causation.

109. As a further direct and proximate result of the injuries sustained due to the aforementioned negligence or carelessness or malevolence or corruption of RR and the other Defendants, Plaintiff suffered severe new mental and non-mental bodily issues and worsening of old health issues; endured having treatments for his injuries for which he continues to suffer, has incurred medical expenses in the past and will continue to incur such expenses in the future; has experienced and will continue to experience pain and suffering; suffered physical handicap, disability, mental anguish, loss of time, loss of past earnings, loss of current earnings and earning capacity in the future, aggravation of preexisting injuries and conditions, inconvenience, loss of capacity for the enjoyment of life; and other unknown yet damages that the law would allow. All of these injuries are permanent and continuing in nature.

110. Here is the calculation of the income that I could have earned with a sailing business[4] which I had to stop due at least 20% to my injuries and aggravations caused by Defendants, the additional expenses partly caused or increased by Defendants, and the punitive sum:

|  | Per Year, Y. 1 to 30 | Per Year, Y. 31 to 60 |
|---|---|---|
| Minimum Income if I were not disabled | $60,000 | $45,000 |
| Regular Social Sec. Disability Benefits | $12,132 | $12,132 |
| Difference lost | $47,868 | $32,868 |
| Additional Medical Treatments | $7,200 | $7,200 |
| Additional Medical Insurance & Drugs | $3,600 | $3,600 |
| Fin. Manag. Fees | $16,500 | $16,500 |
| Total damages per year | $75,168 | $60,168 |
| Total for the period | $2,255,040 | $1,805,040 |
| Total for life |  | $4,060,080 |
| Punitive = Total*4 |  | $16,240,320 |

4   A Ship or Boat Captain can expect wages of around 56000 to 84000 depending on seniority - https://www.recruiter.com/salaries/ship-and-boat-captains-salary/ ; In 2007, a charter boat captain's average income was $65,000 per year - https://www.trustedchoice.com/boat-insurance/types/charter-boat-coverage/ ; a fishing charter in Destin, Florida charges between $165 and $200 per hour for up to six people. … Going out 200 days a year, this would equate to an annual profit around $34,300 (after the captain has been paid). - https://howtostartanllc.com/business-ideas/fishing-charter

| Grand Total | | | $20,300,400 |
|---|---|---|---|

111. Indeed, Defendants are responsible for at least 20% of the grand total, therefore, please order RR to pay me at least $4,060,080 for the injuries, pain and suffering that Defendants caused me.

112. Moreover, my mental injuries that Defendants caused or aggravated have impaired my mind; unfortunately, my recurring headaches and other mental problems such as nausea, focus issues, reduced reasoning speed and profundity, memory weakness, and depression stop me from the rigorous intellectual activities needed to obtain a Law Degree. The Master's Degrees which I have received in the years 1997 and 2000 prove that I had had the mental abilities to do any intellectual activities including getting a acknowledged Law Degree, PhD or MBA, or running an accounting business, which I cannot do anymore. Here is the calculation of the income that I could have earned with an accounting business which I cannot run anymore due partly to my mental injuries caused or aggravated by RR, of the additional expenses partly caused or increased by RR, and of the punitive sum:

| | Per Year, Y. 1 to 30 | Per Year, Y. 31 to 60 |
|---|---|---|
| Normal Income after Expenses | 145000 | 108750 |
| Social Sec. Disability Benefits | 12132 | 12132 |
| Difference lost | 132868 | 96618 |
| Additional Medical Treatments | 7200 | 7200 |
| Additional Medical Insurance & Drugs | 3600 | 3600 |
| Fin. Manag. Fees | 16500 | 16500 |
| Total losses caused per year | 160168 | 123918 |
| Total for the period | 4805040 | 3717540 |
| Total for life | | 7170480 |
| Punitive = Total*4 | | 28681920 |
| Grand Total | | 35852400 |

113. Indeed, RR is responsible for at least 20% of the grand total, therefore, please order RR to pay me at least $7,200,000 for the injuries, pain and suffering that RR caused me. If I could obtain a solid, recognized, more advanced Degree, I could earn on average even more than $300,000 per year, which

is not possible any more due in part to RR, thus I should request at least $14,400,000 compensation from Defendants. Truly, I have an uncle's cousin, architect, whose wealth is almost $10,000,000 today, and he spent the rest of his income only on the best products and services; he took refuge during early 1970s in California, USA, due to political issues in Romania, but he was never tortured anywhere, thus he could work with all his abilities and skills, which brought him deserved abundance, and proves I could have had such abundance if I had not been tortured; I cannot ask him for legal assistance because his email, along with other more than one million emails, was hacked in 2012 by Yahoo criminals, most probably part of OrC which uses also the "tactic" "isolate and 'employ' or destroy". Regarding my past, even though I took refuge in 1997 in Georgia, USA, due to "political" issues in Romania, my work for abundance was sabotaged. Indeed, after 2015, due at least 20% to Defendants, I could work only with less than 15% of my abilities and skills, which brought me undeserved poverty and suffering. Please help me to live decently and recover to be able to work with all my abilities and skills.

114. In case you are not convinced about Respondents' malevolent or corrupt intent, I have included the accusations of their negligent or careless acts and omissions. They failed to exercise the standard of care commensurate with and expected from professionals in the community, county, region, State of Florida, USA, and UN States. I prove "by a preponderance of the evidence" or "more likely than not" the four elements of the cause of action for negligence: 1) the Appellees owed a duty of care, 2) the Appellees' duty of care was breached by the Appellees, 3) the Appellees' negligence was the cause of my new injuries and the aggravation of old injuries; and 4) I was in fact injured.

115. In September 2017, Hurricane Irma, the biggest ever recorded in FL, as big as the top five prior hurricanes combined -thus, it was not "natural" but "created"- caused extensive destruction in Florida ($50 billion - https://www.thebalance.com/hurricane-irma-facts-timeline-damage-costs-4150395 ); consequently, to avoid future punishing catastrophes, please, prove to God and his, her or its angry angels that you can manage its Earth properly. Please order all local, state or federal law enforcement employees to investigate properly all allegations before arrests, not to detain and transport accused or convicted persons in an injuringly hot, suffocating vehicle which has no air conditioning and has all windows all the way up; not to arrest and detain APs without allowing them to take a credit card and the phone numbers of friends and acquaintances; not to detain APs in jail without proper nutrition, proper warm clothing, medication, proper mattress, pillow, access to law library, legal counsel. Please order all legislators not to vote laws which are against the U.S. Constitution, and to vote proactive laws to prevent financial and other frauds and recover the stolen assets 100% plus at least 10% for every

year when the assets are missing. Please order Monroe County, including Mayor/Commissioner Sylvia Murphy to provide proper social services.

**My prior actions in Florida Courts were**

116. The Florida Supreme Court (FSC) issued its one-page order denying review on December 19, 2018. A copy is attached at appendix A. My relevant records below are also at https://1drv.ms/f/s! AoQWyvOQcbRYgawF5ktxtqJD3UDUCw. **The Supreme Court of The United States (SCU) accepted certiorari, see case VALENTIN SPATARU vs R. RAMSAY …, nr. 18-9492 (SCU 18-9492). I am waiting for the hearing/oral argument to be scheduled.**

117. The 3rd District Court of Appeal of Florida (3DCA) filed its opinion on March 7, 2018. A copy is attached at appendix B. The court's opinion is published at 239 So.3d 763 (2018). It is also at https://scholar.google.com/scholar_case? case=17713157831957633416&q=spataru&hl=en&as_sdt=40006.

118. The Circuit Court of Monroe County (CC)'s Judge Garcia filed the dismissal of my claim on March 6, 2017, which I appealed to 3DCA. A copy of the dismissal is attached at appendix C. I believe that the CC's dismissal opinion is unpublished. It is also at https://www.monroe-clerk.com/.

119. The Small Claims Court of Monroe County (SCC)'s Judge Ptomey dismissed my first claim due to lack of "Notice Of Intent To Sue Under Florida 768.28". Appendix D.

120. The "judgement" by Judge Ptomey in the Criminal Court that I trespassed even though I swam lawfully is at Appendix E.

## VIOLATIONS

121. SDMC, MC, CMC, their supervisors, and their involved employees and agents violated my rights under the U.S. Constitution Amend. I to XIV, 42 U.S.C. § 1983 and § 1985, Title II of the ADA and under Section 504, Florida Constitution, Article X, Section 11 , 42 U.S.C. § 12131, et seq. which prohibits against discrimination, and other laws. Remedies are offered by 34 U.S.C. § 12601 -punishes misconduct of law enforcement (civil enforcement)-, 18 U.S.C. §§ 241, 242 -punishes misconduct of law enforcement (criminal enforcement)-, and other laws.

**122. I. My abusive accusation, torture, and abusive trial in 2015 were in conflict with the U.S. Constitution**

**123. 1. Even if one committed a crime, which I did not, the U.S. Constitution Amend. VIII prohibits one's cruel and unusual punishment**

124. Regarding my claims for injuring me, if RR does not compensate me for the injuries his employee, DK, caused me by the ~30' transportation to jail in his hyperthermic, "cooking" car, then he and his employees will continue to torture others too, even though it is disabling, battery, intentional infliction of emotional distress, and against U.S. Const. Amend. VIII, which prohibits cruel and unusual punishment. Thus, they will cause more poverty and other social problems. Similarly, RR must compensate for the other torturous abuses: DK did not let me take my credit card to pay the bail to be released; DK did not let me take my phone to have my friends' numbers to call; RR tortured me during detention in jail too, see the facts above for details. They knew or should have known they would injure me with their unreasonable actions or omissions.

**125. 2. U.S. Const. Amend. V guarantees the right to due process**

126. Regarding my claim for wrong arrest and one night detention by RR, if the Court dismisses my claim without due process, for failure to appeal a judgment on time, even though a conspiracy group has affected me mentally with hyperthermia and other excessive stresses, which impaired my reasoning and understanding of the legal process, the Court will violate U.S. Const. Amend. V and will affirm the prior and encourage future cruel and undue actions, abuses and injuries.

127. Regarding my claims against RR for injuring me, and my claims against Judge Ptomey for wrong detention for 5 nights then conviction, by dismissing my claims without due process even though the Statute of Limitations did not make them expire, the Court will violate U.S. Const. Amend. V again and encourage future cruel and undue punishment, abuses and injuries.

**128. 3. U.S. Const. Amend. XIV, sec. 1 requires due process of law to deprive any person of liberty**

U.S. Const. Amend. XIV, sec. 1 stipulates that "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws." But RR detained me without due process and reasonable cause for at least 6 nights -the Deputies for one night, then Judge Ptomey approved for the rest-, thus

Defendants did not obey the Constitution of the USA. RR knew or should have known that my arrest was not necessary to make sure that I would come to the hearing because a. I was not able to sail away due to my injuries from 2013, b. the boat motor's propeller was not operational to move the boat, and c. I could have paid the deputy the bond immediately with a credit card thus my arrest was not needed and reasonable.

**129. 4. U.S. Const. Amend. VI gives the accused the right to trial by an impartial jury, and to the assistance of Counsel**

130. U.S. Const. Amend. VI states that "In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury [...] to have compulsory process for obtaining witnesses in his favor, and to have the assistance of Counsel for his defense." But Judge Ptomey did not allow a jury, and no Counsel defended me, neither at the arraignment nor at the trial, which were actions against the U.S. Constitution. Moreover, U.S. Const. Amend. XIV, sec. 1 stipulates that "No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States", therefore, please identify and order to compensate me all legislators who voted laws which were against the U.S. Constitution, such as, against the provision of the services of the Public Defender free or for public volunteering, and against trial by an impartial jury.

**131. 5. U.S. Const. Amend. I guarantees the freedom of speech**

132. U.S. Const. Amend. I guarantees the freedom of speech, including my right to comment about and ask others to help me sue Mo. Co. and FL DOT for lack of proper bike route signs, even if it antagonized the decision-makers of Mo. Co.; about probable local corruption due to which many streets did not have a proper bike route sign, and there were no proper community services such as 1. victims funds, and 2. free or on credit recovery hospital/nursing home/hotel, and health and legal care for injured persons. We need to be free to comment about potential criminals who infiltrated our country's public or private organizations and governments. Free speech is essential for the timely corrections of abuses. Without free speech, abuses will become systemic, which will impair communities and finally the whole nation; "the First Amendment provides American people with a "marketplace of ideas." Rather than having the government establish and dictate the truth, freedom of speech enables the truth to emerge from diverse opinions." www.lincoln.edu/criminaljustice/hr/Speech.htm.

**133. 6. U.S. Const. Amend. VI gives the accused the right to confrontation with the witnesses**

134. U.S. Const. Amend. VI requests that "the accused shall enjoy the right [...] to be confronted with

the witnesses against him; to have compulsory process for obtaining witnesses in his favor" but Judge Ptomey did not offer or ask me to confront in Court any person who had accused me of a crime.

**135. 7. U.S. Const. Amend. IV prohibits unreasonable seizures**

136. But my arrest was without reasonable cause and a warrant, which was an abuse against the US Const. Amend. IV -Search and Seizure- that guarantees "The right of the people to be secure in their persons." Other people had been and were snorkeling in the state-owned water area near Hampton Inn, and a LEE did not even warn me, which was an implicit invitation for me to join the others. DK arrested only me, which was an injuring abuse. Furthermore, there had been no sign on the beach of HI or buoy on the adjacent water to warn swimmers of Mo. Co. CO, Ch. 26, Art. IV., Sec. 26-96 to 99, thus people could not know about the strange, 5-day restriction of snorkels. Please ask all local governments in the USA to advertise all local rules clearly. Moreover, I was arrested on 08/11/2015 for snorkeling, which was the sixth day after the start on August 6th, 2015, of the commercial lobster season, and not during the first five days of commercial lobster season, as CO Ch. 26, Art. IV. Sec. 26-98(a) required for the infraction to exist. Furthermore, an infraction does not require arrest. In addition, my arrest was not necessary to make sure that I would have come to the hearing because a. I have always cooperated fully with LEEs, b. I could have paid the deputy the maximum bond with a credit card before arrest, and c. I was not even able to sail away due to my injuries from 2013. Indeed, the arrest was without reasonable cause and a warrant, which was an abuse against me and the US Const. Amend. IV.

**137. II. My abusive accusation, torture, and abusive trial in 2015 were in conflict with more Statutes**

138. Florida Constitution, Article X, Section 11 allows a person to swim and use beaches below the mean high water lines with or without a snorkel; in addition, "Florida courts have recognized [...] bathing as protected public interest" -Florida Bar Journal, Sovereignty Lands in Florida: It's All About Navigability (Part I), January, 2002, Volume LXXVI, No. 1, https://www.floridabar.org/news/tfb-journal/?durl=%2Fdivcom%2Fjn%2Fjnjournal01.nsf%2FAuthor%2F8435886355600CBB85256B280076F439. Indeed, even though I did not touch any HI's property because I swam below the MHWL and rested, to avoid further injuries during my swimming therapy, only on land underwater, and HI does not own any land under the water below the MHWL, I was arrested, detained and convicted under Fla. Stat. 810.08.2b (2015) for trespassing on HI's property,

which was wrong and abusive. Indeed, RR did not have reasonable cause to arrest and detain me for any crime; and Judge Ptomey did not have reasonable cause to convict me. My plea of no contest at the criminal trial in 2015 regarded snorkeling lawfully in the public water nearby my boat, thus it did not establish probable cause for my arrest, detention and conviction for trespassing of private property, and it did not preclude a challenge of the legality of my arrest, detention and conviction by way of a civil suit for false, wrong, injuring and abusive, malevolent or corrupt arrest, detention and conviction in state or federal courts.

139. 42 U.S.C. § 2000d,  et seq. prohibits discrimination on ground of race, color, or national origin. I was born outside the USA (I became a citizen of the USA by naturalization in 2002), thus Defendants considered me a helpless "alien", and discriminated against me based on my national origin, and injured me. Moreover, the United Nations' Universal Declaration of Human Rights Article 1. requests all to "act towards one another in a spirit of brotherhood."

140. 34 C.F.R. Part 104.4 prohibits discrimination against people with disabilities, and I had disabilities from past "accidents" at the time Defendants tortured me, which increased the harm of the injuries they caused me. Therefore, Defendants discriminated against a person with disabilities.

141. Moreover, **U.S. Const. Amend. IX** protects rights not enumerated in the Constitution; **42 U.S.C. § 1985** renders conspiracies civilly actionable; **34 U.S.C. § 12601** punishes misconduct of law enforcement (civil enforcement), **18 U.S.C. §§ 241, 242** punishes misconduct of law enforcement (criminal enforcement), **42 U.S.C. § 12131, et seq.** prohibits against discrimination.

142. My snorkeling was allowed by the CO Ch. 26, Art. IV. Sec. 26-98 (b). Truly, I was snorkeling in the public water in front of my property, my lawfully anchored live-aboard sailboat, to 100 feet of open water, thus my snorkeling was allowed by the CO Ch. 26, Art. IV. Sec. 26-98 (b). Moreover, the fact that, due to the lack of signs about CO Ch. 26, Art. IV., I was not aware of it does not except me from CO Ch. 26, Art. IV. Sec. 26-98 (b) which allowed snorkeling. Therefore, Sec. 26-98(a) did not apply, and Defendants had no reasonable or probable cause of actions against me; they violated the Fourth Amendment of the U.S. Const., 42 U.S.C. § 1983 and § 1985, and *Madiwale v. Savaiko*, 117 F.3d 1321, 1324 (11th Cir. 1997), thus a cause of action for damages may be asserted by me against them, *Brown v. City of Huntsville, Ala.*, 608 F.3d 724, 734 n.15 (11th Cir. 2010). Indeed, my plea of no contest at the arraignment hearing then at the criminal trial in 2015 regarded snorkeling lawfully in the public water nearby my boat, thus it did not establish probable cause for my arrest, detention and conviction for

trespassing on private property, and it did not preclude a challenge of the legality of my arrest, detention and conviction by way of a civil suit for false, wrong, abusive, injuring and negligent or malevolent or corrupt arrest, detention and conviction in state or federal courts. A voluntary surrender to the authorities still constitutes a seizure under the Fourth Amendment. *Albright v. Oliver*, 510 U.S. 266, 271 (1994). Please punish all offenders under 34 U.S.C. § 12601 and 18 U.S.C. §§ 241, 242, too.

143. According to CO Ch. 26, Art. IV. Sec.s 26-98 and 99, if I had no right to snorkel, the citation should have been issued pursuant to F.S. § 327.74, (uniform boating citations), but not for trespassing; furthermore, the penalty would have been $50, not to exceed $500.00, but not arrest, hyper- or hypo-termic, 6-night detention and ~$600.

**144. III. My abusive accusation, torture, and abusive trial in 2015 were in conflict with the decisions of the Courts**

145. According to the Supreme Court decision, *Marbury vs. Madison*, 1803, which has never been challenged much less overturned, any law that is passed in the United States, or any of its territories, which is contrary to the Constitution is void. This would apply to rules, regulations, ordinances and directives too.

146. *Brandon v. Holt*, #83-1622, 469 U.S. 464 (1985), rejected a claim of qualified immunity for the director and allowed the addition of the city as a party. "Anti-social behaviours are actions that harm or lack consideration for the well-being of others. [...] Anti-social behaviour also develops through social interaction within the family and community", https://en.m.wikipedia.org/wiki/Anti-social_behaviour; indeed, we need to stop the vicious cycle of abuses, which injures all involved. In *Obrycka v. City of Chicago*, #07 C 2372, U.S. Dist. Court (N.D. Ill.), Obrycka, a bartender who was beaten-up, proved that the city had a persistent widespread custom or practice of protecting officers from citizen complaints, and was awarded $850,000 in compensatory damages by the jury. The defendant officer tried to intimidate and threaten the victim, as DK did in my case. The "city's de facto policy and the code of silence 'shock the conscience' because the alleged policies allow for police brutality and misconduct unjustifiable by any governmental interest", ibid. In further support of her code of silence theory, she presented the expert testimony of Dr. Steven Whitman, a statistician. He found that due to the "code of silence" the sustained rates for force-related complaints against Chicago police officers over the eight years prior to 2007 were statistically significantly lower, 0.5% in 2004, than the national average sustained rates reported in the Bureau of Justice Statistics 2006 Citizens

Complaints About Police Use of Force Report for the national average for all departments (8%) or the national average for larger departments like Chicago (6%). "Police officers are most often the only witnesses to police abuse of citizens' rights. The paramilitary nature of most police agencies creates a closer relationship amongst police officers. Various forms of retaliation are frequent to police employees who break the Code of Silence.", http://www.aele.org/law/2013-01MLJ101.html. In *Blair v. City of Pomona*, #98-55548, 223 F.3d 1074 (9th Cir. 2000), an officer asserted with sufficient evidence that he had faced retaliatory adverse employment consequences and threats for reporting misconduct by fellow officers which included not only leaving early and drinking on duty but actual crimes including stealing money, throwing a couch upon a suspect while executing a search warrant, and, taking heroin from one suspect and planting it on another, which shows the abuses caused by the Code of Silence. A TN officer resigned after two complaints of brutality, and he promised the police commissioner of Chattanooga, TN, that he would not apply to work in Tennessee, Alabama or Georgia but would go to South Florida, http://www.aele.org/revocation-slu.html. "When police officers overstep their authority, there is often a decline in public confidence that can diminish a department's legitimacy." ibid. Many Police officers outran misconduct, felonies and became police chiefs, https://www.usatoday.com/in-depth/news/investigations/2019/04/24/police-officers-police-chiefs-sheriffs-misconduct-criminal-records-database/2214279002/: "The USA TODAY Network identified 32 people who became police chiefs or sheriffs despite a finding of serious misconduct, usually at another department." A criminal background check, "wouldn't have turned up the then-sealed criminal file or any of the other debris spilling out." ibid. Please ensure that all criminal files in the USA and even in all other countries show always all relevant ethical facts for the ethical hiring of LEEs. Please order all Departments of Law Enforcement (DLEs) in the USA, including Mo. Co. Sheriff, to install enough video cameras on and film with clear sound all LEEs; and to inform all personnel that the occurrence of "code of silence" conduct could subject the involved personnel to serious disciplinary consequences up to and including termination and revocation of their licenses and certificates. Revocation of licenses and certificates will lessen the amount of police -https://www.flrules.org/gateway/RuleNo.asp?id=11B-27.005 and Fla. Sta. 843.06- and Courts misconduct, and enhance their professionalism, thus please revoke the certificates and licenses of all the Defendants, and prevent them from continuing to serve in law enforcement and Courts in any state in the USA until they compensate me and pass 99% of testing questions regarding ethics and human safety and rights.

147. Rightfully, "**the absence of a transcript of the hearing does not require [dismissal of claim]**

under *Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979). See, e.g., *SPCA Wildlife Care Ctr. v. Abraham*, 75 So. 3d 1271, 1275 (Fla. 4th DCA 2011); *Ronbeck Constr. Co. v. Savanna Club Corp.*, 592 So. 2d 344, 348 (Fla. 4th DCA 1992)." *Benedetto v. U. S. Bank N. A.*, 181 So. 3d 564, 566 (Fla. 4th DCA 2015). "We conclude that the circuit **court applied the incorrect standard of review by denying relief [to Plaintiff]**", *Moore v. Dep't of High. Saf. & Motor Vehs.*, 169 So. 3d 216, 219 (Fla. 2d DCA 2015). In addition, Fla. Rule App. P. 9.200(b)(4), A Statement of the Evidence in the Record on Appeal, states "On those occasions in which the proceedings were not reported or a "transcript is unavailable, the appellant may prepare a statement of the evidence or proceedings from the best available means, including the appellant's recollection."

148. I have proved the elements of a claim for civil conspiracy, which are: "(a) an agreement between two or more parties, (b) to do an unlawful act or to do a lawful act by unlawful means, (c) the doing of some overt act in pursuance of the conspiracy, and (d) damage to plaintiff as a result of the acts done under the conspiracy." *Raimi v. Furlong*, 702 So. 2d 1273, 1284 (Fla. 3d DCA 1997). There is no requirement that each co-conspirator commit acts in furtherance of the conspiracy; it is sufficient if each conspirator knows of the scheme and assists in some way. *Charles v. Fla. Foreclosure Placement Ctr., LLC*, 988 So. 2d 1157, 1160 (Fla. 3d DCA 2008). "The gist of a civil action for conspiracy is not the conspiracy itself, but the *civil wrong* which is done pursuant to the conspiracy and which results in damage to the plaintiff." *Blatt v. Green, Rose, Kahn & Piotrkowski*, 456 So.2d 949, 951 (Fla. 3d DCA 1984); *Morris USA Inc. v. Boatright*, 2017 WL 1356285 (civil conspiracy claim holds co-conspirators liable for "harm caused by other members of a conspiracy to commit an intentional tort."); *Walters v. Blankenship*, 931 So.2d 137, 140 (Fla. 5th DCA 2006). The crime of criminal conspiracy is committed when a person conspires with one or more persons to commit a criminal offense. Florida Statute 777.04(3). The applicable penalties are determined by the underlying crime intended to be committed.

**149. IV. Most of CO Ch. 26, Art. IV. was and is not lawful because**

150. 1. It should not prohibit at all swimming with snorkel and goggles, as they are safety equipment for the protection of swimmers and the underwater environment. "From 2005-2014, there were an average of 3,536 fatal unintentional drownings (non-boating related) annually in the United States — about ten deaths per day", https://www.cdc.gov/homeandrecreationalsafety/water-safety/waterinjuries-factsheet.html. Very probably, all who drowned did not use goggles and snorkel for safety during swimming. Indeed, I had used a snorkel -when I had and took one- during my swimming to be able to

detect ASAP any dangerous sea wildlife and rocks to avoid injuries; and to swim without affecting anything underwater. Indeed, when I had swum alone in isolated areas in the past, wild creatures had bitten or stung me many times and a threatening large fish with killingly long and sharp teeth had come to me once but I had seen it early with my goggles and had been ready to confront it with a protective pole and protect myself, which made it go away; in addition, a neighbor boater, Gregory Jennings, had said he had seen a crocodile in the area in the spring of 2015 and the local newspaper had printed articles about big crocodiles and snakes in the region; indeed, the Record on Appeal, pages 34-37, from CC to 3DCA show descriptions and graphic pictures of other persons' encounters, many even deadly, with wild sea creatures; therefore, asking people to swim away from other swimmers and without goggles and snorkel is a crime which should be punished. Indeed, I had no equipment to catch lobsters or to cause destruction of property or deleterious environmental effects. I was not using a snorkel to search for or catch lobsters or cause destruction, but to protect myself and the environment.

151. 2. There are no lobsters in Tarpon Basin due to the lack of rocky bottom for them to hide, and FSC ruled that a law cannot be upheld where there is zero evidence that it actually does what it was purportedly intended to do. *N. Broward Hosp. Dist. v. Kalitan*, 219 So. 3d 49, 57 (Fla. 2017) (holding law unconstitutional because "there [wa]s no evidence […] justifying [it]"); *Estate of McCall v. U.S.*, 134 So. 3d 894, 909 (Fla. 2014) (plurality) (finding law unconstitutional because "the available evidence fail[ed] to establish a rational relationship" between the law and its purported purpose); id. at 921 (Pariente, J., concurring) (finding same law unconstitutional because there was "no evidence . . . that would justify" it). Indeed, I have never hunted for or caught any kind of lobster, including spiny lobster, and have not even been able to due to my injuries caused in June 2013 in Key Largo by the lack of proper bike route signs; the primary purpose of the Mo.Co. CO, Ch. 26, Art. IV Sec. 26-98 (a) is to harass some people to stop free speech, not to protect them, which is criminal conspiracy and racketeering. Please investigate and prosecute the local legislators who voted for the rule.

152. 3. Even though the title of ARTICLE IV is "DIVING AND SNORKELING PROHIBITED DURING LOBSTER **MINI-SEASON**", ARTICLE IV Sec. 26-98 (a) prohibits snorkeling during the first five days of **commercial lobster season** too, thus, the ordinance was not and is not lawful due to its limiting title, and does not apply to the commercial lobster season anyways. Please order legal education regarding law writing, for all legislators.

153. In conclusion, please order Mo. Co. to correct or repeal CO Ch. 26, Art. IV.

## 154. VIOLATION OF TITLE II OF THE ADA
## (42 U.S.C. §§ 12131-12134; 28 C.F.R Part 35)

155. The allegations contained in the preceding paragraphs are incorporated by reference.

156. MC has, by reason of disability, excluded me from participation in, and denied me the benefits of, proper housing and health care services.

157. CMC has, by reason of disability which made me pauper, excluded me from participation in, and denied me the benefits of, the services of the Public Defender, which CMC provides to inmates without disabilities, or otherwise discriminated against me, in violation of 42 U.S.C. § 12132 and 28 C.F.R. Part 35.

158. SDMC has, by reason of disability, denied me proper A/C during transportation, and while in detention, proper clothing, mattress and pillow, in violation of 42 U.S.C. § 12132 and 28 C.F.R. § 35.160.

159. MC, SDMC and CMC acted intentionally and with deliberate indifference and knew or should have known that they had not provided the benefit of their services to a person with disabilities.

160. As a result of their discrimination, I, qualified individual with disabilities have suffered injuries including humiliation, frustration, and distress.

161. Unless restrained by this Court, Defendants will continue to engage in the conduct and practices set forth above, that deprive persons with disabilities, of their ADA rights and will continue to cause harm to those persons.

## 162. VIOLATION OF SECTION 504 OF THE REHABILITATION ACT
## (29 U.S.C. § 794; 28 C.F.R. Part 42)

163. The allegations contained in the preceding paragraphs are incorporated by reference.

164. FDFS, MC, SDMC and CMC are programs or activities receiving federal financial assistance.

165. FDFS, SDMC and CMC have, also by reason of disability, excluded me, a qualified individual, from participation in, and denied me the benefits of, the programs and activities they provide to inmates without disabilities, or otherwise discriminated against me, in violation of 29 U.S.C. § 794 and 28 C.F.R. Part 42.

166. MC has denied me proper housing and health care for a person with disabilities.

167. SDMC has denied me proper A/C during transportation, and while in detention, proper clothing, mattress and pillow, in violation of 42 U.S.C. § 12132 and 28 C.F.R. § 35.160.

168. FDFS, MC, SDMC and CMC acted intentionally and with deliberate indifference and knew or should have known that they had not provided the benefit of their services to a person with disabilities.

169. As a result of their discrimination, I, qualified individual with disabilities, have suffered injuries including humiliation, frustration, and distress.

170. Unless restrained by this Court, Defendants will continue to engage in the conduct and practices set forth above, that deprive persons with disabilities, and of certain national origin, of their Section 504 rights and will continue to cause harm to those persons.

## VIOLATION OF  42 U.S.C. § 1983 and § 1985

171. The allegations contained in the preceding paragraphs are incorporated by reference.

172. I have proved that 1) Defendants subjected me to conducts that occurred under color of state or local law; and 2) the conducts deprived me of rights guaranteed under federal law or the constitution.

173. MC has, by reason of origin, excluded me from participation in, and denied me the benefits of, proper housing and health care services, in violation of my Constitutional rights.

174. CMC has, by reason of origin, excluded me from participation in, and denied me the benefits of, the services of the Public Defender, which CMC provides to inmates of other origins, or otherwise discriminated against me, in violation of my Constitutional rights.

175. SDMC has, by reason of origin, denied me proper A/C during transportation, and while in detention, proper clothing, mattress and pillow, in violation of my Constitutional rights.

176. FDFS, MC, SDMC and CMC acted intentionally and with deliberate indifference and knew or should have known that they had not provided the benefit of their services to a person of certain national origin.

177. As a result of their discrimination, I, a person of certain national origin, have suffered injuries including humiliation, frustration, and distress.

178. Unless restrained by this Court, Defendants will continue to engage in the conduct and practices set forth above, that deprive persons of certain national origin, of their Constitutional rights and will continue to cause harm to those persons.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court, to compensate me and stop future abuses against all, grant judgment in favor of Plaintiff and declare that Defendants violated my rights under the U.S. Constitution Amend. I to XIV, 42 U.S.C. § 1983 and § 1985, Title II of the ADA and under Section 504, Florida Constitution, Article X, Section 11 , 42 U.S.C. § 12131, et seq.; please order

179. RR and all Co-Defendants to pay me jointly and severally $7,200,000 for worsening of the old and causing new permanent and severe injuries, pain and suffering; exclusive of costs and interests, as well as pre-judgment and post-judgment interest and costs as allowed by law. They must help me to live decently and recover to be able to work with all my abilities and skills.

180. RR, DK, and all LEEs to ensure that one is not overheated, cold or dehydrated during transportation or other detention; and order all Departments and Units of Law Enforcement to teach to all employees the human rights and to care; give at arrest a written advice for the assistance by a public defender, due to the complexity of the legal system.

181. all LEEs to install video cameras in all rooms, vehicles and uniforms of LEEs to film all future interactions;

182. all organizations to have annual psychiatric evaluations of all their managers and employees;

183. all judges to approve the services of the Public Defender free or for public volunteering;

184. all Defendants to provide training to their employees regarding the obligations of the U.S. Constitution Amend. I to XIV, 42 U.S.C. § 1983 and § 1985, Title II of the ADA and under Section 504, Florida Constitution, Article X, Section 11 , 42 U.S.C. § 12131, et seq., and their implementing regulations.

185. all Defendants to take such affirmative steps as may be necessary to restore, as nearly as practicable, each identifiable person aggrieved and harmed by Defendants's discriminatory conduct to the position that he or she would have been in but for Defendants' conduct.

186. Courts, DOJ, FBI to investigate, prosecute and stop the abusive conspiracies; and request all public and private law enforcement departments (including DHS, CIA, NSA, FBI, ICE/Border Patrol, private security companies, vigilante organizations such as Neighborhood Watch) to take me off of their enemies lists they have, and order them to protect me from any harm or abuse.

187. Please enjoin Defendants, their officers, agents, employees, and all other persons and entities in active concert and participation with Defendants from denying individuals with disabilities or of certain national origin equal participation in and equal opportunity to benefit from their services, programs, and activities, or otherwise subjecting such individuals to discrimination.

**188. Please order the Legal System to offer professional, independent, legal help to the disabled victims in civil cases, with no compulsory immediate payment, to sue and punish the wrongdoers after due legal process; the wrongdoers should pay also for the legal system's help to the victims**

189. If the Legal System does not offer professional, independent legal help, free or for credit or loan given from the public budget, in civil cases to victims who cannot prove their complaints themselves promptly because they lack the necessary mental skills after an injury, and when private attorneys will not take their cases due to lack of available time or other reasons, then the victims will not be able to prove their claims, thus will not be compensated, and the perpetrators will not be punished, thus will be encouraged to cause more suffering even to more persons, and even kill, thus to vitiate and impair more our communities. We need to stop and offer professional treatments to all offenders ASAP to prevent any future harm to anyone else. Consequently, **for proper justice and civilization and for the progress of our states and country, and even other countries, please create urgently a new Public Office with a name such as "Public Civil Attorney Assistance for Mentally Injured Persons", that must offer - free or for credit or loan given from the public budget - professional, independent legal help in civil cases to victims like me, who became brain-impaired and do not have anymore the necessary mental capacities promptly and completely to study, understand and memorize the Laws and the Courts' Procedures to represent themselves to prove their complaints.**

190. Please provide any further relief as the court deems equitable and just.

191. I ask respectfully for trial by jury on all issues in an Independent Court.


**Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the

<u>VALENTIN SPATARU vs R. RAMSAY ... - page 47 of 82</u>

factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Certificate/Proof of Service**

I HEREBY CERTIFY that, on 07/04/19, a copy of this document was sent via e-mail to

1. Rick Ramsay, represented by Gregory J. Jolly at Purdy, Jolly, Giuffreda & Barranco, P.A., Attorneys, 2455 East Sunrise Boulevard, Suite 1216, Fort Lauderdale, Florida 33304; Telephone (954) 462-3200, Telecopier (954) 462-3861, E-mail: greg@purdylaw.com;

2. The Sheriff Department of Monroe County (SDMC), FL, General Counsel Patrick McCullah, pmccullah@keysso.net ;

3. Deputy Cody Kern (DK), CKern@keysso.net, and Deputy Madnick (DM), JMadnick@keysso.net, of the Sheriff Department of Monroe County, Key Largo, FL,

4. Other Sheriff Deputies of SDMC, whose names I do not know, thus I call them John Jail 1-6, or John Deputy 1-6,

5. Judge Ptomey of the Court of Monroe County (CMC), FL, rtomey@aol.com, 118 N Rolling Hill Rd, Tavernier, FL 33070-2027 , United States, Cell: 305-852-7155;

6. Judge Garcia of the Court of Monroe County (CMC), FL, in his private capacity and his official business capacity, for not providing proper Judicial services; Circuit Judge - 16th Circuit, 88820 Overseas Hwy, Tavernier, FL 33070-2057, Office: 305-852-7165, Cell: 305-852-7165, Fax: 305-852-7113, luis.garcia@keyscourts.net;

7. CMC, Court Administrator's Office, Monroe County Sixteenth Judicial Circuit, Freeman Justice Center, 302 Fleming Street, Key West, FL 33040, (305)292-3423, Holly.Elomina@keyscourts.net;

8. Florida Department of Financial Services (FDFS), Division of Risk Management, Kelly Hagenbeck, Administrator, South Tort Claims Unit, kelly.hagenbeck@myfloridacfo.com, 200 E. Gaines Street,

Tallahassee, Florida 32399-0338; ph. (850) 413-3122;

9. Monroe County (MC); County Administrator, Roman Gastesi, gastesi-roman@monroecounty-fl.gov; Bob Shillinger, County Attorney, Shillinger-Bob@monroecounty-fl.gov, 1111 12th St. Suite 408, Key West, FL 33040, Ph: (305) 292-3470, Fx: (305) 292-3516;

10. Mayor/Commissioner Sylvia Murphy, City of Key Largo, 102050 O/S Highway, Suite 234, Key Largo, FL 33037; Phone: (305) 453-8787, boccdis5@monroecounty-fl.gov;

11. Mayor/Commissioner Office, City of Key Largo, 102050 O/S Highway, Suite 234, Key Largo, FL 33037; Phone: (305) 453-8787, boccdis5@monroecounty-fl.gov;

12. The legislators, J. Legislator 1-?, who voted laws which were against the U.S. Constitution, for example, voted against the provision of the services of the Public Defender free of charge as US Constitution requires.

13. Hampton Inn, 102400 O/S Highway, Key Largo, FL 33037, franchise of Hilton Worldwide whose Registered Agent Name & Address are Corporation Service Company, 1201 Hays Street, Tallahassee, Fl 32301;

14. Employees of Hampton Inn, individuals Paul Thomas, Chavone Wilson, and unknown front desk agent, J. Agent. Because I do not know their domiciles, I will serve them at their employer's location, Hampton Inn, 102400 O/S Highway, Key Largo, FL 33037.

Respectfully,

Valentin Spataru

c/o CILK - Center for Independent Living

103400 Overseas Hwy. #243, Key Largo, FL 33037

Mobile cell phone: 305 615 0061, Email: valentin.spataru.macc.cpa@gmail.com, valespa@outlook.com

Date of signing: 08/11/19