UNITED STATES DISTRICT COURT OF THE

SOUTHERN DISTRICT OF FLORIDA - Civil Division

400 North Miami Avenue, 8th floor, Miami, FL 33128, Ph: 305-523-5100

Valentin Spataru, Plaintiff

v.

Rick Ramsay, et al., Defendants

08/12/19

FILED BY ___ D.C.
AUG 12 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Motion For Referral To Volunteer Attorney Program**

I am a pro se party representing myself in this case, and have requested authorization to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 or am otherwise unable to afford a lawyer. Therefore, I request that the Court refer my request to the Court's Volunteer Attorney Program. I understand that it will be up to volunteer attorneys, not the Court, to determine whether they wish to represent me. If a volunteer attorney agrees to take my representation, I will cooperate with that counsel in the preparation and presentation of my case.

Respectfully,

Valentin Spataru, pro se

c/o CILK - Center for Independent Living

103400 Overseas Hwy. #243, Key Largo, FL 33037

Mobile cell phone: 305 615 0061,

Emails: valespa@outlook.com, valentin.spataru.macc.cpa@gmail.com