**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-10132-KING-BECERRA

VALENTIN SPATARU,

    Plaintiff,

v.

SHERIFF RICK RAMSAY, *et al.*,

    Defendants.
_____/

### ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. ECF No. [3]. The Honorable James Lawrence King, United States District Judge, referred this case to the undersigned Magistrate Judge. ECF No. [6].

In order to determine whether a party is indigent and should not be required to pay fees and costs, "the only determination to be made by the court . . . is whether the statements in the affidavit satisfy the requirement of poverty." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (internal quotations and citation omitted). If a party demonstrates that he is not able to pay for court fees and costs while supporting himself and his dependents, the request to proceed *in forma pauperis* should be granted. *Id.*

There is no specific guidance regarding an income threshold to determine indigence for plaintiffs in federal civil cases. In federal bankruptcy cases, however, 28 U.S.C. § 1930(f)(1) provides that fees may be waived if an individual's income is less than 150% of the federal poverty guideline. In addition, the undersigned notes that Section 57.082, Florida Statutes, provides specific guidance regarding the determination of indigency for persons filing lawsuits in Florida

1

state courts. Pursuant to that statute, a person is indigent if their income is equal to or below 200% of the federal poverty guidelines. § 57.082 (2)(a)(1), Fla. Stat. (2012). The 2019 Department of Health and Human Services' Poverty Guidelines for a family of one is $12,490.00; and for a family of two it is $16,910.00. 84 Fed. Reg. 1167-02 (Feb. 1, 2019).

Plaintiff has submitted an affidavit in support of his Motion for Leave to Proceed *In Forma Pauperis*. ECF No. [3]. Plaintiff is not currently employed, and his only source of income is Social Security Disability Insurance in the amount of $1,011.00 per month. Plaintiff has $700.00 in cash or in his bank account, owns a car valued at $700.00, and a home valued at $40,000.00. Plaintiff has combined monthly expenses in the amount of $1,011.00 for mortgage, electricity, water, and car insurance. In addition, Plaintiff owes $39,000.00 in student loans. Given the above guidelines, Plaintiff is considered indigent. Reviewing the totality of Plaintiff's circumstances, the undersigned finds that Plaintiff's income is below the poverty level, and at this time the payment of the filing fees and expected costs would deprive him of the ability to support himself.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, ECF No. [3], is **GRANTED**. On or before October 30, 2019, Plaintiff shall prepare and file a proposed summons to be issued by the Clerk of the Court and served by the U.S. Marshal.

**DONE AND ORDERED** in Chambers at Miami, Florida, at the James Lawrence King Federal Justice Building, on October 14, 2019.

_____
JACQUELINE BECERRA
United States Magistrate Judge