**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 19-cv-10132-KING-BECERRA

VALENTIN SPATARU,

    Plaintiff,

v.

SHERIFF RICK RAMSAY, et al.

    Defendants.

_____/

**ORDER NOTICING REQUIREMENTS OF RULE 4(M)**

**THIS MATTER** is before the Court upon review of the record. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to perfect service of process on all Defendants by no later than November 10, 2019. Nothing in the record indicates that service was executed on any Defendant. Although Plaintiff is proceeding *pro se* and has requested counsel from the Volunteer Attorney Program, this does not excuse Plaintiff from proceeding as required. Accordingly, all claims against all Defendants will be dismissed under Rule 4(m) unless Plaintiff perfects service on all Defendants no later than **February 16, 2020**.

**DONE AND ORDERED** in chambers at Miami, Florida on January 26, 2020.

                                                          JACQUELINE BECERRA
                                                          United States Magistrate Judge