**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| VALENTIN SPATARU | 19-CV-10132-KING-BECERRA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| SHERIFF RICK RAMSAY, ET AL., | SUMMONS & COMPLAINT |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SENATOR ANITERE FLORES

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
11401 SW 40TH STREET, SUITE 465, MIAMI, FL 33165

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

VALENTIN SPATARU
CILK - CENTER FOR INDEPENDENT LIVING
103400 OVERSEAS HWY., #243
KEY LARGO, FL 33037

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 305-615-0061
DATE: 02/19/2020

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. B04 | District to Serve No. 004 | Signature of Authorized USMS Deputy or Clerk | Date 02/21/2020 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Lissette Vasquez Senior legislative assistant
Date: 2/25/20   Time: 1:00 ☑ pm

Address *(complete only if different than shown above)*

Signature of U.S. Marshal or Deputy

| Service Fee $65.00 | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS
IFP
Served lissette Vasquez (senior legislative assistant) authorized to accept service.

FILED BY PG D.C.
FEB 27 2020
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18