UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:19-cv-10132-KMM

VALENTIN SPATARU,

    Plaintiff,
v.

SHERIFF RICK RAMSAY, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff Valentin Spataru's Motion for Leave to Proceed *In Forma Pauperis* on Appeal. ("Mot.") (ECF No. 41). To appeal *in forma pauperis*, a party must file in the district court a motion and an affidavit that "(A) shows . . . the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to redress; and (C) states the issues that the party intends to present on appeal." Fed. R. App. P. 24(a). Here, Plaintiff filed an affidavit showing an inability to pay costs but did not file a motion claiming an entitlement to redress or stating the issues Plaintiff intends to present on appeal. UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED AND ADJUDGED that the Motion (ECF No. 41) is DENIED WITHOUT PREJUDICE.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>1st</u> day of June, 2020.

*/s/ K. M. Moore*
K. MICHAEL MOORE
CHIEF UNITED STATES DISTRICT JUDGE

c: All counsel of record