**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

FILED BY_____ AP_____ D.C.

Nov 16, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 16, 2020

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  20-11972-B
Case Style:  Valentin Spataru v. Sheriff Rick Ramsay, et al
District Court Docket No:  4:19-cv-10132-KMM

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

All pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Craig Stephen Gantt, B
Phone #: 404-335-6170

Enclosure(s)

DIS-2 Letter and Entry of Dismissal

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 20-11972-B

_____

VALENTIN SPATARU,

Plaintiff - Appellant,

versus

SHERIFF RICK RAMSAY,
In His Official, Private and All His Other
Capacities,
THE SHERIFF DEPARTMENT OF MONROE COUNTY,
CODY KERN,
Deputy of Sheriff Department of Monroe
County,
JUDGE PTOMEY,
Court of Monroe County, In His Private
and Official Business Capacity,
MONROE COUNTY,
SENATOR ANITERE FLORES, et al.,

Defendants - Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for
want of prosecution because the appellant Valentin Spataru has failed to pay the filing and
docketing fees to the district court within the time fixed by the rules., effective November 16,
2020.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Craig Stephen Gantt, B, Deputy Clerk

FOR THE COURT - BY DIRECTION